UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM SNELL,<br><br>            Plaintiff,<br><br>   v.<br><br>THE STATE OF WASHINGTON; DEPARTMENT OF SOCIAL AND HEALTH SERVICES, JUDITH A. FITZGERALD and UNA I. WILEY,<br><br>           Defendants. | CASE NO. 3:20-cv-06028-JHC<br><br>ORDER |

    This matter comes before the Court on Plaintiff's Motion for Reconsider[a]tion. Dkt. # 50. Pursuant to Local Civil Rule 7(h)(3), the Court DIRECTS Defendants to file a response to the motion by no later than 4 p.m. on Friday, May 5, 2023.

    The Court DIRECTS the Clerk to re-note Plaintiff's motion, Dkt. # 50, for Friday, May 5, 2023.

    Dated this 27th day of April, 2023.

*John H. Chun*

John H. Chun
United States District Judge

ORDER - 1