UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| KIM SNELL,<br><br>Plaintiff<br><br>vs.<br><br>THE STATE OF WASHINGTON; DEPARTMENT OF SOCIAL AND HEALTH SERVICES, JUDITH A. FITZGERALD and UNA I. WILEY<br><br>Defendants. | Case No. 3:20-cv-06028-JHC<br><br>**ORDER RE: PLAINTIFF'S MOTIONS IN LIMINE** |

The Court, having considered Plaintiff's Motions in Limine (Dkt. # 46) and Defendants' response,[1] rules as follows:

| MOTION | RULING |
|---|---|
| 1. Any and all evidence, references to evidence, testimony, or argument relating to Una Wiley's Communication Log. | DENIED. The Court would consider a limiting instruction. |
| 2. Any and all evidence, references to evidence, testimony, or argument relating to the rumor that Ms. Snell may have looked for marijuana or used marijuana at work. | RESERVED. |
| 3. Any and all evidence, references to evidence, testimony, or argument relating to the rumor that Ms. Snell interfered with | GRANTED with respect to any such rumors. DENIED without prejudice as to other evidence of interference. Plaintiff may raise |

---

[1] No reply papers are to be filed in support of motions in limine. LCR 7(d)(4). Although the motions are noted for May 5, 2023, they are fully briefed, and the Court may now rule on them.

**ORDER RE: PLAINTIFF'S MOTIONS IN LIMINE**

Page 1

| | |
|---|---|
| other managers' workload. | objections at trial. |
| 4. Any and all evidence, references to evidence, testimony, or argument relating to the alleged misconduct of Ms. Snell including (i) creating a contentious workplace environment as a member on the leadership team; (ii) living with another employee; and (iii) sharing or receiving interview questions. | Defendants do not oppose this motion. The Court GRANTS it. |
| 5. Any and all evidence, references to evidence, testimony, or argument that Ms. Snell shared personal information about Ms. McConnell. | DENIED. |
| 6. Any and all evidence, references to evidence, testimony, or argument that lacks personal knowledge of statements allegedly made by Ms. Snell. | Defendants do not oppose this motion. The Court GRANTS it. |
| 7. Any undisclosed evidence or witness whose identity has not previously been disclosed during discovery. | Defendants do not oppose this motion. The Court GRANTS it. |

DATED this 2nd day of May, 2023.

_____
JOHN H. CHUN
U.S. DISTRICT JUDGE

**ORDER RE: PLAINTIFF'S MOTIONS IN LIMINE**