**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT TACOMA**

| | |
|---|---|
| KIM SNELL, | NO.  3:20-cv-06028-JHC |
| Plaintiff, | ORDER RE: STATE DEFENDANTS' MOTIONS IN LIMINE |
| v. | |
| THE STATE OF WASHINGTON; DEPARTMENT OF SOCIAL AND HEALTH SERVICES, JUDITH A. FITZGERALD and UNA I. WILEY, | |
| Defendants. | |

THIS MATTER comes before the Court on Defendants' Motions in Limine.  Dkt. # 47.[1]  Having considered the motions and the opposition thereto, the Court rules as follows:

| DEFENDANTS' MOTIONS IN LIMINE | | Granted | Denied | Reserved |
|---|---|---|---|---|
| A. | Evidence of discrimination, harassment and/or retaliation allegations, claims or cases involving persons other than plaintiff | | Without prejudice. | |
| B. | Opinions of the plaintiff or lay witnesses as to the motives of others where such witnesses were not involved in the acts or decisions that plaintiff alleges were retaliatory | In part – to the extent the witness does not have personal | Without prejudice. | |

---

[1] No reply papers are to be filed in support of motions in limine.  LCR 7(d)(4).  Although the motions are noted for May 5, 2023, they are fully briefed, and the Court may now rule on them.

| DEFENDANTS' MOTIONS IN LIMINE | | Granted | Denied | Reserved |
|---|---|---|---|---|
| | | knowledge of the matter. | | |
| C. | Plaintiff's Opinion of Their Own Qualifications | | In full. | |
| D. | Plaintiff from using Whistleblower Complaint made against her as evidence of discrimination or retaliation. | | Without prejudice. | |
| E. | Testimony or argument regarding alleged wrongful or retaliatory acts by either defendant toward individuals other than plaintiff | | Without prejudice. | |
| F. | Evidence supporting theories of law Ms. Snell voluntarily dismissed as they are irrelevant, unfairly prejudicial, or inadmissible character evidence. | In part. | In part – to the extent evidence is relevant to an existing claim. | |
| G. | Arguments and inferences outside the record for a punitive result or for political effect | In full. | | |
| H. | Testimony or arguments regarding the financial conditions of the parties or implying that the jury should consider the relative resources of the parties | In full. | | |

DATED this 2nd day of May, 2023.

_____

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE