HON. JOHN H. CHUN

1

2

3

4

5          UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF WASHINGTON
6                    AT SEATTLE

7

| | |
|---|---|
| KIM SNELL, <br> Plaintiff, <br><br> vs. <br><br> THE STATE OF WASHINGTON; <br> DEPARTMENT OF SOCIAL AND <br> HEALTH SERVICES, JUDITH A. <br> FITZGERALD and UNA I. WILEY <br><br> Defendants. | Case No. 3:20-cv-06028-JHC <br><br><br> **AGREED PRETRIAL ORDER** |

## JURISDICTION

Jurisdiction is vested in this Court by virtue of 28 U.S.C. §1367 (Supplemental Jurisdiction).

## CLAIMS AND DEFENSES

The Plaintiff will pursue at trial the following claims:

1. Defendants conduct violated the Plaintiff's rights under the Washington Law Against Discrimination, RCW 49.60 et seq. as supplemented by RCW 42.40 et seq.

2. Defendants violated Plaintiff's rights in violation of RCW 42.40 et seq.

The Defendants will pursue the following affirmative defenses:

Page 1

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of <br> **Kram & Wooster, P.S.** <br> 1901 South "I" Street <br> TACOMA, WASHINGTON 98405 <br> (253) 572-4161 Tacoma <br> (253) 272-7929 <br> (253) 572-4167 Facsimile

1. Defendants will pursue the affirmative defense that they acted in good faith at all times in the performance of their duties and therefore are immune from suit for the matters alleged in the Complaint.

2. Defendants will pursue the affirmative defense that their manifest a reasonable exercise of judgment and discretion by authorized public officials made in the exercise of governmental authority entrusted to them by law and are not actionable.

3. Defendants will pursue the affirmative defense that the damages and/or injuries alleged to have been sustained by Ms. Snell, if any, were caused or contributed to by her own fault and intentional actions.

4. Defendants will pursue the affirmative defense that Plaintiff failed to mitigate her damages.

5. Defendants will pursue the affirmative defense that Ms. Snell's injuries and damages, if any, arise out of a condition of which Ms. Snell had knowledge and to which Ms. Snell voluntarily subjected herself.

## ADMITTED FACTS

1. Plaintiff Kim Snell is a former employee of Defendant Washington Department of Social and Health Services, commonly referred to as DSHS.

2. In 2013, Ms. Snell started her employment as a Support Enforcement Technician in DSHS's Division of Child Support (DCS). In 2014, she was transferred to DSHS's Office of Financial Recovery (OFR) and promoted to Revenue Agent 1. On March 1, 2016, she obtained an appointment as a Revenue Agent 2 with a Salary Range 50/Step E. By 2017 she was promoted to Revenue Agent 4 (RA 4), reporting to Ms. Shawn Hoage. There are seven units within the OFR, including the vendor unit, the client unit, the residential unit,

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

the Western State Hospital unit, the Eastern State Hospital unit, the contractors unit, and the estate recovery unit. Ms. Snell worked in the estate recovery unit.

3. Ms. Snell is a vested member of the PERS Plan 2, a Washington State retirement system.

4. The PERS 2 employee formula is as follows: 2% multiplied by service credit years multiplied by Average Final Compensation (AFC) equals the monthly benefit.

5. As a Revenue Agent 4, effective July 16, 2017, Ms. Snell had a Salary Range 56/Step H, $4,977 a month.  In October 2018, Ms. Snell's salary increased to a Range 56/Step L, $5,866 a month.

6. Effective August 16, 2019, when Ms. Snell was appointed to the WMS Collection Manager position, she received an annual salary of $92,000/WMS Band 2, approximately $7,666 a month.  "WMS" refers to the Washington Management Service, a decentralized personnel system for civil service managers.

7. Effective February 1, 2020, when Ms. Snell was reverted back to Revenue Agent 4, her salary went back to a Salary Range 56/Step L, $5,886 a month. Then, effective July 1, 2021, her salary had a cost-of-living increase to $6,063 a month.

8. Effective August 2, 2021, when Ms. Snell was demoted from a Revenue Agent 4 to Support Enforcement Officer 2, her salary decreased to a Salary Range 49/Step L, $5,102 a month. The Support Enforcement Officer 2 did not increase to a Range 52 until July 2022.

9. In November 2021, Ms. Snell resigned from DSHS, and started employment at the Department of Commerce as a Commerce Specialist 3 in the Affordable Housing Division on December 1, 2021.

10. Effective December 1, 2021, Ms. Snell's salary was $5,630 a month; and effective July 1, 2021, Ms. Snell received a 3% raise for the cost of living, adding $182 a month to her

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

salary.

11. Effective October 1, 2022, Ms. Snell's salary increased by 5%, increasing Ms. Snell's salary to $6,105 a month.

Admitted Facts Regarding Shawn Hoage:

12. In December 2018, Ms. Shawn Hoage was the Estate Recovery Program Manager, a position in the WMS series, and Ms. Snell's direct supervisor.

13. Ms. Hoage gave Mr. Ken Washington, a peer manager, as a gag gift, a desk-top punching bag.

14. Ms. Snell reported that some staff expressed concerns about Mr. Washington's hitting the punching bag.

15. Ms. Anmarie Aylward, the DSHS Director of Finance and Financial Resources in the Economic Services Administration (ESA), learned through her reporting chain, that Ms. Hoage had gifted the desk-top punching bag to Mr. Washington.

16. Ms. Aylward determined it was inappropriate for Ms. Hoage to give a gift to Mr. Washington, as it showed favoritism, and instructed Ms. Hoage not to do it again.

17. In September 2018, Ms. Snell underwent reconstructive spine surgery and took leave for the surgery and recovery.

18. On October 12, 2018, OFR employee MarLyn Brown made a complaint to Human Resources (HR) regarding Ms. Hoage's treatment of her.

19. On December 19, 2018, Ms. Hoage was on a telephone call with a relative. Ms. Lisa Ellis, an employee in Ms. Hoage's chain of command, asked Ms. Hoage to take the call elsewhere.

20. On December 20, 2018, Ms. Hoage and Ms. Ellis had a loud exchange while Ms. Ellis was

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

in her cubicle and Ms. Hoage stood at the entrance to the cubicle.

21. Ms. Snell witnessed the December 20, 2018, interaction between Ms. Ellis and Ms. Hoage at Ms. Ellis's cubicle. Ms. Snell was Ms. Ellis's direct supervisor.

22. Ms. Snell reported the December 20, 2018, interaction to Ms. Hoage's supervisor, Bryce Montgomery.

23. After Ms. Snell reported the December 20, 2018, interaction to Mr. Montgomery, Ms. Aylward requested HR investigate Ms. Snell's report.

24. DSHS placed Ms. Hoage on alternative assignment, away from the OFR office, during the investigation. Ms. Hoage was on alternative assignment from January 1 through June 30, 2019.

25. On March 22, 2019, Ms. Snell provided a witness statement to Mr. Harry Wakefield in connection with the investigation of the complaint about Ms. Hoage.

26. On May 13, 2019, DSHS issued Ms. Hoage a Notice of Intent to take disciplinary action for violations of DSHS policies arising from Ms. Hoage's conduct during her December 20, 2018, interaction with Ms. Ellis at Ms. Ellis's cubicle.

27. On May 29, 2019, the investigation secured two additional witness interviews. On June 4, 2019, the investigator issued an amended investigative report.

28. On June 10, 2019, Ms. Aylward issued a Written Reprimand to Ms. Hoage for violating DSHS policy arising from Ms. Hoage's conduct during her December 20, 2018, interaction with Ms. Ellis at Ms. Ellis's cubicle.

29. On June 12, 2019, then DSHS Secretary Cheryl Strange received a petition signed by 31 individuals asking DSHS not to return Ms. Hoage to the OFR office on 8th Avenue in Olympia. At the time the petition was received, Ms. Hoage had not yet returned to the OFR

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

office.

30. Ms. Snell signed the petition that Secretary Strange received on June 12, 2019.

31. Secretary Strange requested an investigation of Ms. Hoage based upon the allegations in the petition she received on June 12, 2019. Ms. Hoage remained on alternative assignment, away from the OFR office, during this second investigation. The investigator for the investigation into the allegations of the petition received on June 12, 2019, conducted witness interviews between June 20 and August 29, 2019.

32. The DSHS Investigations Unit issued a letter, also dated June 12, 2019, to the people who had signed the petition advising that if they were subjected to retaliation, then they should let their supervisor, human resources, or their unit manager know immediately.

33. The investigator of the allegations in the June 2019 petition submitted to Secretary Strange issued her report on October 2, 2019.

34. On October 31, 2019, DSHS Assistant Secretary for Facilities, Finance, and Analytics Administration Judy Fitzgerald issued a Notice of Closed Investigation to Ms. Hoage advising her that the investigation into allegations regarding inappropriate workplace behavior had been completed, and that no discipline would be imposed.

35. After Ms. Fitzgerald's letter, Ms. Hoage returned to the OFR office and continued working as the Estate Recovery Program Manager, including supervision of several subordinate units, including the Estate Recovery Unit.

36. As a result of Ms. Snell's promotion to Collection Manager in August 2019, upon Ms. Hoage's return to the OFR office in late November 2019, she reported directly to Ms. Snell.

37. On December 12, 2019, Ms. Snell had her first meeting with Ms. Hoage as Ms. Hoage's supervisor.

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

38. The next day, Ms. Snell reported to her direct supervisor Ms. Una Wiley, the DSHS Chief of Office of Financial Recovery, that Ms. Snell believed Ms. Hoage's conduct during their meeting was inappropriate.

39. Ms. Snell forwarded to Ms. Wiley an email that she had received from Ms. Hoage regarding their conversation on December 12, 2019.

Other Admitted Facts:

40. In June 2018, DSHS hired Ms. Amber Wright as an Office Assistant 3 in the OFR office.

41. Over the next thirteen months, Ms. Wright received a promotion with a salary increase.

42. In January 2019, DSHS hired Ms. Wiley as the DSHS Chief of Office of Financial Recovery.

43. At the time Ms. Wiley was hired, Ms. Snell was the Estate Recovery Unit Supervisor.

44. From March 2019 through September 2019, Ms. Wiley praised Ms. Snell with favorable feedback on her performance as documented through emails.

45. In May 2019, Plaintiff received a Leadership Award for Excellence in Public Service.

46. Ms. Aylward and Ms. Wiley identified a need for Ms. Wiley to have a permanent full-time administrative assistant. Ms. Wiley originally expected the position to be Office Assistant 3 position.

47. A Position Description Form (PDF) is an official State document that describes job duties, essential functions, and qualifications and is reviewed by a Classification and Compensation Unit to determine the job title and associated pay rate.

48. The appointing/approving authority for a position and the direct supervisor of a position sign the PDF prior to submitting the form to the Classification and Compensation Unit for determination of the job's classification and compensation.

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

49. In spring 2019, OFR created the Management Analyst 4 (MA 4) position as the permanent full-time administrative assistant to Ms. Wiley's position by reallocating a vacant Office Assistant 3 position. The new MA 4 position was an overtime-eligible position subject to the DSHS Collective Bargaining Agreement.

50. In June 2019, the new Management Analyst 4 position was publicly posted to be filled.

51. Fifteen people, both internal and external to OFR, applied for the new MA 4 position, with three candidates being interviewed, including Ms. Wright.

52. Ms. Wiley, as the direct supervisor of the new MA 4 position, participated on the interview panel to identify the applicant who would be offered the position.

53. Following the panel interviews, Ms. Wright was hired into the new MA 4 position.

54. Ms. Aylward was the approving/appointing authority for the MA 4 position.

55. Ms. Wiley's signature appeared on the last page of the PDF for the MA 4 position. Also on the PDF is a cursive signature stating Kim Snell's name.

56. Ms. Snell was not the supervisor for the new MA 4 position.

57. On July 12, 2019, Ms. Wright received the letter promoting her to the new MA 4 position with a salary increase.

58. In July 2019, DSHS placed the Office of Financial Recovery under the Facilities, Finance, and Analytics Administration, which change made Assistant Secretary Fitzgerald the approving/appointing authority for OFR.

59. In August 2019, OFR posted an advertisement for a new Collections Manager position. The Collections Manager position was an exempt WMS 2 position.

60. In August 2019, Ms. Snell applied for and, as the result of a competitive selection process, was selected for promotion to the Collection Manager position, subject to a 12-month trial

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

service period. The annual salary for the Collection Manager position was $92,000. Ms. Wiley was not part of the interview panel for the Collection Manager position. On August 19, 2019, Ms. Snell accepted the Collection Manager position.

61. The PDF for Ms. Snell's Collection Manager position indicated the position had three direct reports—the Vendor Recovery/Client Enforcement Manager, the Eastern State State Hospital Manager, and the Estate Recovery Program Manager.

62. In October 2019, Ms. Wiley emailed OFR staff that the OFR core business hours were 9 a.m. to 4 p.m., and that employees needed to contact her for any variations in their work schedules.

63. On October 7, 2019, while Ms. Wiley was on vacation, Ms. Snell met with Ms. Tiffany Womack-Valdez in HR to discuss concerns she had about Ms. Wiley.

64. At the October 7, 2019, meeting, Ms. Snell reported to Ms. Womack-Valdez her concerns about (1) a forgery on the MA 4 position description form, (2) Ms. Wright's telling her that Ms. Wiley gave Ms. Wright the interview questions in advance of the MA 4 interview, (3) Ms. Wiley's offering Ms. Snell the interview questions before Ms. Snell interviewed for the Collections Manager position and her refusal of that offer, (4) the FICO conference in New York City, (5) her witnessing of Ms. Wiley's personal attacks on her then direct report Mr. Chris Boyd, and (6) her fear of retaliation.

65. On October 28, 2019, Ms. Snell emailed Assistant Secretary Fitzgerald to request an appointment with her.

66. In October 2019, Ms. Wiley communicated with HR about wanting to end Ms. Snell's trial service as the Collection Manager. Melanie Roberts from Human Resources ("HR") responded that Ms. Wiley should "give it more time," "keep coaching her," and "set[] clear

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

expectations."

67. From November 3-8, 2019, Ms. Wiley and Ms. Snell attended the FICO annual conference in New York City at the Hilton in Time Square.

68. Assistant Secretary Fitzgerald approved Ms. Wiley's and Ms. Snell's attendance at the FICO annual conference.

69. Ms. Wiley and Ms. Snell had seen a live, online demonstration of the FICO system in Olympia before attending the FICO annual conference.

70. A FICO representative offered to provide additional training in Olympia if OFR requested it.

71. The per person cost to attend the FICO annual conference in New York City in November 2019 was $5,542.

72. On November 12, 2019, Ms. Snell met with Assistant Secretary Fitzgerald.

73. Ms. Snell was Ms. Wiley's backup to review and approve leave for other supervisors in the OFR.

74. In late January 2020, Ms. Wiley raised with Assistant Secretary Fitzgerald the issue of reverting Ms. Snell to her prior position.

75. Assistant Secretary Fitzgerald approved reverting Ms. Snell to the RA 4 position she held prior to her promotion to Collection Manager.

76. On January 30, 2020, Ms. Snell received a letter from Assistant Secretary Fitzgerald advising that, effective February 1, 2020, Ms. Snell would revert to her former RA 4. Ms. Snell's salary returned to that of an RA 4. Ms. Snell's new supervisor was Ms. Colleen Snider.

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

77. Following her reversion to RA 4, Ms. Snell was told to continue working from the desk she occupied as the Collection Manager.

78. In January 2020, Ms. Snider was promoted to Financial Recovery Billing Manager with a salary of $92,000. Her supervisor was Ms. Wiley.

79. On February 4, 2020, Ms. Snell sent an email to HR, with a courtesy copy to DSHS management, expressing concerns she had about Ms. Wiley and her reversion to RA 4.

80. On February 5, 2020, Assistant Secretary Fitzgerald and Ms. Melanie Roberts from HR had a meeting about Ms. Snell's email.

81. Ms. Snell filed two Tort Claims.

82. Ms. Snell's first Tort Claim was filed on June 26, 2020.

83. Ms. Snell's second Tort Claim was filed on August 20, 2021.

84. DSHS initiated an investigation of Ms. Snell, and DSHS placed Ms. Snell on alternative assignment at an alternate location during the investigation.

85. Ms. Snell was accused of violating HIPPA because a few patient names, date of admission, and a DSHS number only known to DSHS, were on the bottom of an email submitted with her Tort Claim for the information contained in the email.

86. On September 23, 2020, during the investigation of Ms. Snell, and after Ms. Snell was already on alternative assignment at an alternate location, Ms. Wiley suspended Ms. Snell's supervisory duties.

87. On April 9, 2021, Ms. Snell received a Notice of Intent to Discipline from DSHS's Acting Chief of Staff Lisa Yanagida.

88. DSHS's Acting Chief of Staff Lisa Yanagida disciplined Ms. Snell for borrowing money from staff and violating HIPPA based upon Ms. Snell's admissions to her.

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

89. By letter of July 23, 2021, Ms. Snell was advised that DSHS was demoting her from Revenue Agent 4, Salary Range 56, to Support Enforcement Officer 2, Salary Range 49, effective August 2, 2021.

90. In September 2020, Ms. Wiley left DSHS for a position as an Accounting Manager with the Washington Department of Children, Youth, and Families.

91. In September 2022, Assistant Secretary Fitzgerald retired from DSHS.

## ISSUES OF LAW

(1) Whether Defendants' conduct violated Plaintiff's rights under the Washington Law Against Discrimination RCW 49.60 et seq as supplemented by RCW 42.40.

(2) Whether Defendants violated Plaintiff's rights under RCW 42.40 et seq.

## EXPERT WITNESSES

**(a)** Defendants shall be limited to one (1) expert witness on the issues of damages.

**(b)** The name(s) and addresses of the expert witness(es) to be used by each party at the trial and the issue upon which each will testify is:

(1) On behalf of plaintiff: none.

(2) On behalf of defendant:   Economist William Partin, CPA/ABV/MAFF/CFE, Mueller & Partins, P.S. Inc., 816 Evergreen Point Road, P.O. Box 882, Bellevue, WA 98039 who will testify as to Plaintiff's asserted damages should the jury find liability.

## OTHER WITNESSES

The names and addresses of witnesses, other than experts, to be used by each party at the time of trial and the general nature of the testimony of each are:

(a) On behalf of Plaintiff:

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| Witness Name & Address | General Subject of Inquiry | Form of Testimony |
|---|---|---|
| Kim Snell, c/o Kram & Wooster 1901 So. I Street, Tacoma, WA 98405 360-451-4647 | May testify regarding disparate treatment, reports made by her about unfair hiring practices, discrimination, matters of public importance, harassment, toxic workplace, waste of government funds, and forgery. Also, may testify regarding her repeated concerns of retaliation, her damages sustained by treatment accorded to her and denial of promotional opportunities and her demotions. | Will Testify |
| Lisa Ellis, Revenue Agent 2 PO Box 6204 Olympia, WA 98507 360-280-9604 | May testify regarding her experience and reported complaints made by her of discriminatory and harassing conduct by Hoage in the workplace. | Will Testify |
| Dean Absher, Program Manager 253-381-7234 17815 – 38th Avenue East Tacoma, WA 98446 253-846-8193 | May testify regarding his experience with management (Hoage, Wiley, Fitzgerald) and his various reported complaints and concerns over the years regarding discrimination, harassment, and retaliation at DSHS. May also testify to promotional opportunities he was denied. | Possible witness only |
| Amy Evans, Former Revenue Agent 2 (as of 6/1/22 with Dep't of Commerce) 360-229-6947 3104 Lilly Road NE Olympia, WA 98506 | May testify regarding the Hoage cubicle incident she witnessed, reports made by her about Hoage's history of retaliation, bullying and favoritism, and her knowledge of Plaintiff's concerns. | Will testify |
| Shawn Hoage, Financial Recovery Program Manager West 41 Shadow Valley Ct. Shelton, WA 98584 360-427-0808 | May testify regarding her employment; her investigations; and complaints made by staff about her. | Possible witness only |
| Harry Wakefield, Chief, Enterprise and Operations Support, ESA / Former Investigator 377 Partridge Drive NW Olympia, WA 98502 360-593-3396 | May testify regarding his investigation of Hoage and his research into the workplace bullying and discrimination complaint made by Lisa Ellis and Plaintiff. | Possible witness only |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| | | |
|---|---|---|
| Tamie Jensen,<br>Former OFR Supervisor<br>4717 – 26th Avenue SE<br>Lacey, WA 98503<br>360-789-9698 | May testify regarding her interview for Hoage's investigation with Harry Wakefield. | Possible witness only |
| Bob Lancendorfer,<br>Revenue Agent 3<br>5709 Emerald Street SE<br>Lacey, WA 98513<br>360-915-9435/360-701-4711 | May testify regarding his recollection of Hoage's cubicle incident; why he did not get involved; his experience of bullying, retaliation, and favoritism by Ms. Hoage, and his knowledge of Plaintiff's concerns. | Possible witness only |
| Janet McIntyre,<br>Former Office Assistant 3<br>91 West Storeybrook Lane<br>Shelton, WA 98584<br>360-427-3809/360-490-9262 | May testify regarding the Hoage cubicle incident, her fear of Ms. Hoage, Ms. Hoage's contact during Hoage's investigation, her recollection the Management Analyst 4 process that she witnessed, and her knowledge of Plaintiff's concerns. | Will testify |
| Douglas Jacobs,<br>Former HR Consultant 4 (Investigator),<br>10718 East 9th Avenue<br>Spokane Valley, WA 99206<br>509-844-8876 | May testify regarding his contact with appointing authority about Hoage investigation and his knowledge of Plaintiff's concerns. | Possible witness only |
| Una Wiley,<br>Former OFR Office Chief<br>661 Jeffries Road,<br>Chehalis, WA 98532<br>360-664-5569 | May testify regarding her time as Office Chief; relationship with Wright; issues raised by Plaintiff; and knowledge of Plaintiff's concerns. | Possible witness only, may testify live or by deposition |
| Debra Chase,<br>Revenue Agent 2<br>2416 North Pearl Street<br>Centralia, WA 98531<br>360-269-2136 | May testify regarding her knowledge of Plaintiff's concerns and her experience of toxic workplace in OFT. | Possible witness only |
| Amber Wright,<br>Management Analyst 4/ Former Office Assistant 3<br>2424 Olympia Avenue NE<br>Olympia, WA 98506<br>360-664-5470/360-584-0288 | May testify regarding her employment as Office Assistant 3, her DJA appointment and duties within that job, promotion to MA4, her relationship to Plaintiff and Wiley, and issues raised by Plaintiff. | Possible witness only, may testify live or by deposition |
| Patty Nutt,<br>HR Consultant 2<br>2647 Ballantine Drive SE<br>Olympia, WA 98501<br>360-456-1346 | May testify regarding her awareness of HR practices in the agency, how promotions were handled, and the system in place for accommodation requests, issues raised by Plaintiff. | Possible witness only |

Law Offices of<br>**Kram & Wooster, P.S.**<br>1901 South "I" Street<br>TACOMA, WASHINGTON 98405<br>(253) 572-4161 Tacoma<br>(253) 272-7929<br>(253) 572-4167 Facsimile

| | | |
|---|---|---|
| Yolanda Geolingo,<br>Former HR Representative/<br>Classification & Compensation<br>Specialist<br>14944 Terra View Street SE<br>Yelm, WA 98597<br>210-884-2012 | May testify regarding her awareness of HR practices in agency; how promotions were handled; and her experience as Classification and Compensation Specialist, and issues raised by Plaintiff. | Possible witness only |
| Laetitia Thompson,<br>Former OFR Enforcement Officer<br>2128 South Cushman Ave<br>Tacoma, WA 98405<br>253-468-8688 | May testify regarding her knowledge of Plaintiff's abilities as a leader; her experience working with Wiley, and her knowledge of Plaintiff's concerns. | Will testify |
| Patty Hendrix,<br>Financial Recovery Supervisor<br>6015 West Wind River Drive<br>Spokane, WA 99208<br>509-714-9115 | May testify regarding her awareness of the history and actions in unit, and her knowledge of Plaintiff's concerns. | Possible witness only |
| Cheryl Strange,<br>DSHS Secretary<br>1996 Canterbury Place SW<br>Olympia, WA 98512<br>360-250-0804 | May testify regarding the Hoage petition from employees her knowledge of Plaintiff's concerns, and issues raised by Plaintiff. | Possible witness only |
| Erik Kjesbu,<br>Former Revenue Agent 3 and<br>Union Shop Steward<br>515 – 2nd Avenue SW<br>Tumwater, WA 98512<br>360-259-9803/360-943-0654 | May testify regarding the Hoage petition from employees and his knowledge of Plaintiff's concerns. | Will testify |
| Judy Fitzgerald,<br>Former DSHS Assistant Secretary<br>1721 9th Ave SE<br>Olympia, WA 98501<br>360-481-2275 | May testify regarding her knowledge of Plaintiff's concerns and other employee complaints made to management, issues raised by Plaintiff, the Hoage investigation, and her resignation. | Possible witness only, may testify by deposition |
| Pam McCaslin, Former Chief of<br>Operations and Administration,<br>FFAA, Fitzgerald's Assistant<br>15920 Gibson Road SW<br>Tenino, WA 98589<br>360-870-4578 | May testify regarding her knowledge of Plaintiff's concerns, issues raised by Plaintiff, and demotion from Collection Manager position. | Possible witness only |
| Tiffany Womack-Valdes,<br>DSHS HR Manager<br>120 East 82nd Street<br>Tacoma, WA 98404<br>360-890-6380 | May testify regarding her knowledge of Plaintiff's concerns, issues raised by Plaintiff, and Plaintiff's reports to HR. | Will testify live or by deposition |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of<br>**Kram & Wooster, P.S.**<br>1901 South "I" Street<br>TACOMA, WASHINGTON 98405<br>(253) 572-4161 Tacoma<br>(253) 272-7929<br>(253) 572-4167 Facsimile

| | | |
|---|---|---|
| Wendy Long,<br>Senior Director, HR<br>13428 – 173rd Street East<br>Puyallup, WA 98374<br>253-228-3037 | May testify regarding her awareness of policies, treatment of employees, complaints made and actions taken, and issues raised by Plaintiff. | Possible witness only |
| Lori Manning,<br>Deputy Director HR<br>17705 – 67th Avenue East<br>Puyallup, WA 98375<br>253-262-1735/253-495-9966 | May testify regarding her awareness of policies, treatment of employees, complaints made and actions taken, her knowledge of Plaintiff's concerns, and issues raised by Plaintiff. | Possible witness only |
| David Stillman,<br>Former Assistant Director DSHS Economic Services/ Former Assistant Secretary, ESA<br>5045 Rehklau Road SE<br>Olympia, WA 98513<br>253-219-5484 | May testify regarding his awareness of policies, treatment of employees, complaints made and actions taken, and his knowledge of Plaintiff's concerns. | Possible witness only |
| Georgia Armstrong-Cezar,<br>Former HR Consultant 4 (Investigator)<br>360-701-0879<br>3637 Arbor Drive SE<br>Lacey, WA 98503 | May testify regarding his involvement and assignment in reviewing employee petition against Hoage as investigator; the 2016 employee survey he reported and management training; and issues raised by Plaintiff, and other staff complaints made about management. | Possible witness only |
| MarLyn Brown,<br>Former Revenue Agent 2<br>803 Euclid Way<br>Centralia, WA 98531<br>360-229-0791 | May testify regarding her knowledge of Hoage and Washington harassment, reports she made regarding hostile work environment, and her knowledge of Plaintiff's concerns. | Possible witness only |
| Kenneth Washington,<br>Revenue Agent 4<br>5420 B Kensington Lane SW<br>Tumwater, WA 98512<br>360-402-0671 | May testify regarding the punching bag, his relationship with Hoage, and his knowledge of Plaintiff's concerns and issues raised by Plaintiff. | Possible witness only |
| John Hoodenpyle<br>Former Office Assistant 3<br>3223 Wilderness Drive SE<br>Olympia, WA 98501<br>360-584-9791 | May testify regarding his reason for retiring early, complaints he reported, and knowledge of Plaintiff's concerns | Possible witness only |
| Aleta Quimbly,<br>Former Financial Recovery Account Program Manager<br>247 – 171st Avenue SE<br>Tenino, WA 98589<br>360-701-8564/360-264-2472 | May testify regarding her reason for retiring early, Hoage's abuse toward her, and knowledge of Plaintiff's concerns. | Possible witness only |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of<br>**Kram & Wooster, P.S.**<br>1901 South "I" Street<br>TACOMA, WASHINGTON 98405<br>(253) 572-4161 Tacoma<br>(253) 272-7929<br>(253) 572-4167 Facsimile

| | | |
|---|---|---|
| Joe Christy,<br>AGO Employee<br>7141 Cleanwater Drive SW<br>Olympia, WA 98501<br>360-586-6549 | May testify regarding abuse and harassment he experienced from Hoage, issues raised by Plaintiff, and<br>knowledge of Plaintiff's concerns | Possible witness only |
| Christopher Boyd,<br>Revenue Agent 3<br>253-359-3592<br>608 39th Ave SW H-204<br>Puyallup, WA 98373 | May testify regarding his reprimand in 2019; the harassment he endured from Wiley, concerns he reported about management, issued raised by Plaintiff, and knowledge of Plaintiff's concerns. | Will testify |
| Susan Sumner,<br>HR Consultant 3<br>7719 – 48th Avenue SE<br>Lacey, WA 98503<br>360-556-0190 | May testify regarding her awareness of DSHS HR policies and practices as followed and applied in practice;<br>issues raised by Plaintiff; and knowledge of Plaintiff's concerns. | Possible witness only |
| Beverly Hernandez,<br>Former Revenue Agent 2<br>1518 Country Squire Drive<br>Richmond, TX 77406<br>253-290-3931/253-209-3931 | May testify regarding her reason for retiring early, the letter she sent to Fitzgerald, her experience at OFR and her complaints she reported, issues raised by Plaintiff, and knowledge of Plaintiff's concerns. | Will testify |
| Richard Pannkuk,<br>Deputy Assistant Secretary FFAA<br>3116 Wintergarden Drive<br>Olympia, WA 98501<br>360-753-8826 | May testify regarding his role to support and help staff; his contact with Plaintiff regarding the urgency of speaking with Judy Fitzgerald in January 2020; and knowledge of Plaintiff's concerns. | Possible witness only |
| Audrey Malkovich<br>Former FA 3 in Accounting Unit<br>2890 Martin Street<br>Dupont, WA 98327<br>253-912-0460 | May testify regarding her knowledge of Plaintiff's concerns, issues raised by Plaintiff, and her role on the interview panel for the MA4 position. | Will testify |
| Christopher Andrews,<br>Former Revenue Agent 1<br>1913 – 16th Avenue SE<br>Olympia, WA 98501<br>360-350-7097 | May testify regarding his experience at OFR, his wife's MA4 application, accusations made against him by Wiley, issues raised by Plaintiff, and knowledge of Plaintiff's concerns. | Will testify |
| Hannah Andrews,<br>Management Analyst 5<br>1913 16th Ave SE<br>Olympia, WA 98501<br>360-239-4475 | May testify regarding her MA4 application as a candidate. | Possible witness only |
| Ashley Whitney,<br>Former Office Assistant 3<br>1225 Fern Street SW<br>Apt V111 | May testify regarding her experience working under Ms. Wright and her termination meeting. | Possible witness only |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of<br>**Kram & Wooster, P.S.**<br>1901 South "I" Street<br>TACOMA, WASHINGTON 98405<br>(253) 572-4161 Tacoma<br>(253) 272-7929<br>(253) 572-4167 Facsimile

| | | |
|---|---|---|
| Olympia, WA 98502<br>360-972-1324 | | |
| Alex Dumar,<br>Plaintiff's Son-In-Law<br>19900 Tamarack Dr<br>Rochester, WA 98579<br>360-280-9792 | May testify regarding his awareness of the impact of discriminatory and retaliatory treatment upon Plaintiff. | Possible witness only |
| Blake Ragsdale,<br>Plaintiff's Daughter<br>2115 Fairweather Way<br>Fountain, CO 80817<br>360-819-6639 | May testify regarding her awareness of the impact of discriminatory and retaliatory treatment upon Plaintiff. | Will testify |
| Charnelle Usher,<br>Revenue Agent 2<br>3052 O'Brien Street<br>Dupont, WA 98327<br>253-307-6224 | May testify regarding her reason for leaving her position while under Wiley, and knowledge of Plaintiff's concerns. | Possible witness only |
| Colton Ragsdale<br>Plaintiff's Son<br>727 Canterwood Dr Se<br>Lacey, WA 98503<br>360-660-4555 | May testify regarding his awareness of the impact of discriminatory and retaliatory treatment upon Plaintiff. | Will testify |
| Jessica Warrington,<br>Revenue Agent 2<br>3027 Donovan Loop SE, Apt. B<br>Olympia, WA 98501<br>360-350-2915 | May testify regarding her awareness of working conditions and events in OFR; accusations made against her by Wiley; and knowledge of Plaintiff's concerns. | Possible witness only |
| Karen Roney,<br>Revenue Agent 2<br>2711 Adams Street SE<br>Olympia, WA 98501<br>360-704-8667 | May testify regarding her awareness of working conditions and events in OFR, experience of Wiley's conduct, and knowledge of Plaintiff's concerns. | Will testify |
| Lynn Larsen,<br>Former Revenue Agent 2<br>16105 Prairie Villa Street SW<br>Tenino, WA 98589<br>360-701-3605/360-858-7622 | May testify regarding her awareness of working conditions and events in OFR, accusations made against her by Wiley, and knowledge of Plaintiff's concerns. | Will testify |
| Lori Wambold,<br>Revenue Agent 2<br>2517 Woodfield Loop SE<br>Olympia, WA 98501<br>360-701-3605 | May testify regarding her awareness of working conditions and events in OFR, experience of Wiley's conduct; and knowledge of Plaintiff's concerns. | Possible witness only |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of<br>**Kram & Wooster, P.S.**<br>1901 South "I" Street<br>TACOMA, WASHINGTON 98405<br>(253) 572-4161 Tacoma<br>(253) 272-7929<br>(253) 572-4167 Facsimile

| | | |
|---|---|---|
| Madison Dumar,<br>19900 Tamarack Dr<br>Rochester, WA 98579<br>Plaintiff's Daughter<br>360-999-7009 | May testify regarding her awareness of the impact of discriminatory and retaliatory treatment upon Plaintiff. | Will testify |
| Patty Bonner,<br>Former Accounting Supervisor<br>1401 Alder Street SE<br>Lacey, WA 98503<br>360-789-6914/360-455-4009 | Aware of working conditions and events in OFR. Wiley accused her and Plaintiff of talking about collection manager position before the candidate was selected. | Possible witness only |
| Phyllis Baas,<br>Plaintiff's Aunt<br>212 21st Ave SE<br>Olympia, WA 98501<br>360-486-4266 | May testify regarding her awareness of the impact of discriminatory and retaliatory treatment upon Plaintiff; and of acts and procedures in Washington State government. | Will testify |
| Scott Snell<br>Plaintiff's Brother<br>1103 Summit Lake Shore Rd<br>Olympia, WA 98502<br>360-786-8531 | May testify regarding his awareness of the impact of discriminatory and retaliatory treatment upon Plaintiff. | Possible witness only |
| Kelli Yake<br>Plaintiff's Sister<br>1609 17th CT SE<br>Lacey, WA 98503<br>360-561-4799 | May testify regarding awareness of the impact of discriminatory and retaliatory treatment upon Plaintiff. | Possible witness only |
| Tamra Derrick,<br>Revenue Agent 2<br>1215 West Walnut Street<br>Centralia, WA 98531<br>360-870-6576 | May testify regarding her awareness of working conditions and events in OFR; involvement in both investigation interviews by HR and WSP, and her knowledge of Plaintiff's concerns. | Possible witness only |
| Lori Montgomery,<br>Revenue Agent 4<br>7617 Greenridge Loop SW<br>Olympia, WA 98512<br>360-878-2068 | May testify regarding her awareness of working conditions and events in OFR; experience on interview panel with Plaintiff; reasons her leaving employment. | Will testify |
| Kelly Ellars<br>1703 Alder St. SE<br>Lacey, WA 98503<br>360-918-6926 | May testify regarding her awareness of impact the work environment has had upon Plaintiff. | Will testify |
| University of Washington<br>3525 Ensign RD NE Suite B<br>Olympia WA 98506<br>360-507-9100 | May testify regarding the medical care of Plaintiff. | Possible witness only |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of<br>**Kram & Wooster, P.S.**<br>1901 South "I" Street<br>TACOMA, WASHINGTON 98405<br>(253) 572-4161 Tacoma<br>(253) 272-7929<br>(253) 572-4167 Facsimile

| | | |
|---|---|---|
| Harbor Spine Center<br>908 Jefferson St<br>Seattle, WA 98104<br>206-520-5000 | May testify regarding Plaintiff's major surgery and early return to work. | Possible witness only |
| Annmarie Aylward,<br>Director of OFR<br>360-915-6550/360-451-7449<br>5524 – 13th Avenue SW<br>Olympia, WA 98512 | May testify regarding awareness of employee complaints and her knowledge of Plaintiff's reported concerns, creation of the Management Analyst 4 Position, and issues raised by Plaintiff. | Will testify |
| Elia Blanchard,<br>Revenue Agent 3<br>360-623-2390<br>5516 – 188th Avenue SW<br>Rochester, WA 98579 | May testify regarding her awareness of working conditions and events in OFR and knowledge of Plaintiff's concerns. | Possible witness only |
| Arthur Douglas,<br>Former Fiscal Analyst 2<br>9119 Kelly Court NE<br>Lacey, WA 98516<br>360-438-1769 | May testify regarding his reason for retiring early and the organizational changes made by Wiley. | Possible witness only |
| Steve Fettig,<br>Revenue Agent 2<br>1820 – 64th Way SE<br>Tumwater, WA 98501<br>360-481-4667 | May testify regarding his awareness of working conditions and events in OFR and knowledge of Plaintiff's concerns. | Possible witness only |
| Shannon Garrick,<br>Former Revenue Agent 2<br>4201 South Decatur Boulevard, #2206<br>Las Vegas, NV 89103<br>206-854-8105 | May testify regarding her awareness of working conditions and events in OFR; a conversation with Plaintiff discussing a trip to Las Vegas; and knowledge of Plaintiff's concerns. | Will testify |
| Ryan Guy,<br>Administrative Assistant 2<br>569 State Highway 507 South<br>Tenino, WA 98589<br>520-405-2838 | May testify regarding his awareness of Hoage harassment, internal issues, Plaintiff's trial service ending, and general conditions he experienced at OFR. | Possible witness only |
| Carrie D. Hartmann,<br>Former Revenue Agent 1<br>44 Downey Lane<br>Oakville, WA 98568<br>360-561-7285/360-273-5837 | May testify regarding her knowledge of harassment and toxic workplace with Colleen Snider and Wiley; her reason for quitting; and overall conditions at OFR. | Will testify |
| Linda Hughes,<br>Revenue Agent 1<br>1700 Lakepark Drive SW, #4<br>Tumwater, WA 98512<br>360-923-5962 | May testify regarding her awareness of working conditions and events in OFR and knowledge of Plaintiff's concerns. | Possible witness only |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of<br>**Kram & Wooster, P.S.**<br>1901 South "I" Street<br>TACOMA, WASHINGTON 98405<br>(253) 572-4161 Tacoma<br>(253) 272-7929<br>(253) 572-4167 Facsimile

| | | |
|---|---|---|
| Rose Hunkin,<br>Revenue Agent 3<br>1306 Miller Avenue NE<br>Olympia, WA 98506<br>360-528-1051 | May testify regarding her awareness of working conditions and events in OFR; knowledge of WSH processes; experience with the organizational changes made by Wiley, and her position description form. | Possible witness only |
| Richard Lince,<br>Office Assistant Lead<br>3335 Martin Way East, Apt. 208<br>Olympia, WA 98506<br>360-943-3588/206-371-1496 | May testify regarding his awareness of working conditions and events in OFR, and experience working with Wright. | Possible witness only |
| Courtney McConnell,<br>Financial Recovery Account<br>Program Manager<br>9144 Bordeaux Road SW<br>Olympia, WA 98512<br>360-584-2592 | May testify regarding her awareness of working conditions and events in OFR; her accusations against Plaintiff; her knowledge of Plaintiff's concerns; and issues raised by Plaintiff.  Her relationship with Una Wiley. | Possible witness only |
| Telisha McNeil,<br>Revenue Agent 2<br>1107 NW Queensview Court<br>Yelm, WA 98597<br>360-791-9122 | May testify regarding her awareness of working conditions and events in OFR; observations of a toxic workplace environment, experienced with Hoage, Snider, and Wiley, and complaints she made to EAP and result. | Possible witness only |
| Pier Mitchell,<br>Employee Investigations<br>Administrator<br>10622 – 92nd Street SW<br>Tacoma, WA 98498<br>253-203-8823 | May testify regarding Plaintiff's HR investigation as she was the interviewer of all interviews, and issues raised by Plaintiff. | Possible witness only |
| Brice Montgomery,<br>Chief, ESA Staff Services & Risk<br>Management (Former OFR<br>Chief)<br>3002 North Mason Avenue<br>Tacoma, WA 98407<br>253-476-1399 | May testify regarding his role as acting chief during Hoage incidents and experience with Hoage, his awareness of the forgery and report, and issues raised by Plaintiff. | Will testify |
| Sherry Otis,<br>Former Revenue Agent 2<br>4400 Lambeth Lane SE<br>Lacey, WA 98513<br>360-870-1624 | May testify regarding her reason for retiring early; the process of Wiley opening a reasonable accommodation for her; and her awareness of working conditions and events in OFR. | Possible witness only |
| Melinda Rice,<br>Revenue Agent 2<br>1110 Fircrest Drive<br>Tacoma, WA 98466<br>253-444-7712 | May testify regarding her awareness of working conditions and events in OFR and her experience of Hoage and Wiley abuse. | Possible witness only |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of<br>**Kram & Wooster, P.S.**<br>1901 South "I" Street<br>TACOMA, WASHINGTON 98405<br>(253) 572-4161 Tacoma<br>(253) 272-7929<br>(253) 572-4167 Facsimile

| | | |
|---|---|---|
| Kristie Rivera,<br>Revenue Agent 2<br>6115 Balboa Lane SE<br>Lacey, WA 98503<br>360-890-7191 | May testify regarding her interviews in Plaintiff's investigation and issued raised by Plaintiff. | Possible witness only |
| Melanie Roberts, HRBP Office Chief, at DSHS<br>7406 North Pittsburg Street<br>Spokane, WA 99217<br>360-670-9408 | May testify regarding her knowledge of issues raised by Plaintiff, awareness of Plaintiff's concerns, and involvement with Plaintiff's reports and investigations. | Will testify |
| Colleen Snider,<br>Former Supervisor Client Enforcement Unit of OFR (now Chief of OFR)<br>3102 Grass Lake Lane NW<br>Olympia, WA 98502<br>360-701-6050 | May testify regarding issues raised by Plaintiff and awareness of Plaintiff's concerns, | Possible witness only |
| Lisa Yanagida,<br>Director, Administrative Services<br>8044 Ellison Loop NW<br>Olympia, WA 98502<br>360-870-1941 | May testify regarding her time as chief of staff and her involvement in Plaintiff's demotion and issues raised by Plaintiff. | Possible witness only |
| Kirk Zier,<br>Former Fiscal Analyst 2<br>PO Box 451<br>Olympia, WA 98507<br>360-754-3411 | May testify regarding his reason for retiring early, and his experience of abuse by Hoage. | Possible witness only |
| Cortney Wagner,<br>Office Lead Assistant (as of 8/1/19 with Transportation Commission)<br>1218 Everest Court SE<br>Olympia, WA 98503<br>360-870-5436 | May testify regarding her DJA position Wiley gave her, issued raised by Plaintiff, and her application process for the Management Analyst 4 position. | Possible witness only |
| Linda Wright,<br>Former Revenue Agent 2<br>11425 – 10th Avenue Ct. E. Apt. 1204<br>Tacoma, WA 98445<br>253-226-9948 | May testify regarding the organizational changes made by Wiley, her awareness of working conditions and events in OFR, and her reason for retiring early. | Possible witness only |
| Margaret Nzomo<br>Fiscal Analyst 2 OFR.<br>1115 Washington St SE<br>Olympia WA 45861<br>360-819-0739 | May testify regarding the DEI summit and her awareness of the impact of discriminatory and retaliatory treatment upon Plaintiff. | Will testify |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of<br>**Kram & Wooster, P.S.**<br>1901 South "I" Street<br>TACOMA, WASHINGTON 98405<br>(253) 572-4161 Tacoma<br>(253) 272-7929<br>(253) 572-4167 Facsimile

| 1115 Washington St SE Olympia WA 45861 | | |

**(b) On Behalf of Defendants:**

| Witness Name and Address | General Subject of Inquiry | Form of Testimony |
|---|---|---|
| Kim Snell c/o Richard Wooster 1901 South I Street Tacoma, WA 98405 253-572-4161 | Ms. Snell is the Plaintiff and will testify as to the facts of this case, likely as an adverse witness to Defendants | Will testify |
| Judy Fitzgerald 1721 9th Ave SE Olympia, WA 98501 360-481-2275 | Will testify by deposition regarding her role as overseeing the OFR including but not limited to her responsibilities as the appointing/approval authority for OFR, her communications with Kim Snell during the relevant time period, and employment actions take with regard to Ms. Snell. | Will testify by deposition |
| Shawn Hoage West 41 Shadow Valley Court Shelton, WA 98584 360-427-0808 | Will testify as to her return to OFR in December 2019, and her supervision by Kim Snell and to matters of concern she observed and reported to Chief Wiley regarding Kim Snell's actions as a manager. | Will testify |
| Courtney McConnell | Will testify that she told Kim Snell personal confidential information about her home life and found out Ms. Snell told other OFR employees which she reported to Chief Wiley because it upset her, embarrassed her, and made her uncomfortable; and about her other interactions and work issues with Ms. Snell; | Will testify |
| Colleen Snider 3102 Grass Lake Lane NW Olympia, WA 98502 360-701-6050 | Will testify as to her work as a manager, and her interactions with her peers, including Kim Snell. | Will testify |
| Courtney Wagner 1218 Everest Court SE Olympia, WA 98503 360-870-5436 | Will testify as to her DJA and working with Una Wiley on administrative matters as well as her complaints regarding interference in her work | Will testify |

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| | | |
|---|---|---|
| | duties, personnel matters and confidential personal information by Ms. Snell. | |
| Una Wiley<br>661 Jeffries Road<br>Chehalis, WA 98532<br>360-664-5569 | Will testify as to all matters related to operations and management of the OFR, including but not limited her supervision of Kim Snell and complaints received by OFR employees regarding Kim Snell, her reporting of employees' complaints against Ms. Snell, and subsequent employment action with regard to such complaints, the re-organization of the OFR, including developing various new positions such as the MA4 and Collections Manager positions and re-organizations of duties and responsibilities, her approval of Developmental Job Assignments (DJA) for employees Amber Wright, Courtney Wagner, and Janet McIntyre, and her attendance in November 2019 at a collections conference in New York City which she attended with Ms. Snell. | Will testify |
| Tiffany Womack-Valdes<br>120 East 82nd Street<br>Tacoma, WA 98404<br>360-890-6380 | Will testify to her interactions with OFR employees with regard to HR matters, including with but not limited to interactions with Una Wiley and Kim Snell. | Will testify |
| Amber Wright<br>2424 Olympia Avenue NE<br>Olympia, WA 98506<br>360-584-0288 | Will testify as to her interactions with her peers, including Kim Snell, and her relationship with Kim Snell as her supervisor. Will also testify about her DJA, and her application for and accepting the MA4 position. Will also testify about her reporting matters of concern to Una Wiley regarding information she received from other employees regarding Ms. Snell. | Will testify |

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| Lisa Yanagida<br>8044 Ellison Loop NW<br>Olympia, WA 98502<br>360-870-1941 | Will testify regarding the HR investigations which occurred and hearings she conducted in 2020 and 2021 with regard to allegations against Kim Snell. | Will testify |
| Anmarie Aylward<br>5524 – 13th Avenue SW<br>Olympia, WA 98512<br>360-915-6550/360-451-7449 | May testify as to employment actions she took in 2019 as the overseer of OFR and as the appointing/authorizing authority for OFR. | Possible witness only |
| Melanie Roberts<br>7406 North Pittsburg Street<br>Spokane, WA 99217<br>360-670-9408 | May testify as to her interactions with Judy Fitzgerald, Kim Snell and other OFR employees as an HR employee. | Possible witness only |
| Ken Washington<br>5420 B Kensington Lane SW<br>Tumwater, WA 98512<br>360-402-0671 | May testify as to supervisory assignments regarding the Estate Recovery Unity and other units at OFR, and his interactions with peers, including Kim Snell. | Possible witness only |

## EXHIBITS

Plaintiff does not intend to present exhibits in electronic format. Defendant will present its exhibits in electronic format.

The Plaintiff lists the following as exhibits, except those to be used for impeachment only, that it intends to offer at the time of trial:

| PLAINTIFF'S EXHIBITS | | | | | |
|---|---|---|---|---|---|
| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
| 1. | WITHDRAWN | | | | |
| 2. | OFR Petition Against Hoage dated 06/12/2019 | Stipulated | Disputed | R | |
| 3. | DSHS Policy 19.66 RE: Discrimination & Harassment | Stipulated | Stipulated | | X |
| 4. | Executive Order 96-01 WSP Investigation Authority | Stipulated | Stipulated | | X |
| 5. | WITHDRAWN | | | | |
| 6. | Snell Email to HR RE: Reversion dated 02/04/2020 | Disputed | Disputed | H | |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of<br>**Kram & Wooster, P.S.**<br>1901 South "I" Street<br>TACOMA, WASHINGTON 98405<br>(253) 572-4161 Tacoma<br>(253) 272-7929<br>(253) 572-4167 Facsimile

| | | PLAINTIFF'S EXHIBITS | | | |
|---|---|---|---|---|---|
| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
| 7. | Position Description Form MA4 with Notes dated 05/20/2019 | Disputed | Disputed | H | |
| 8. | Snell Email Chain Scheduling HR Meeting RE: Concerns dated 10/07/2019 | Disputed | Disputed | H | |
| 9. | Snell Single Email Scheduling HR Meeting RE: Concerns dated 10/07/2019 | Disputed | Disputed | H | |
| 10. | Snell Email to Fitzgerald Scheduling Meeting RE Concerns dated 10/31/2019 | Disputed | Disputed | H | |
| 11. | WITHDRAWN | | | | |
| 12. | Snell Leadership Award dated May 2019 | Stipulated | Stipulated | | X |
| 13. | Wiley Email RE: Great Collection Results dated 03/29/2019 | Disputed | Disputed | H | |
| 14. | Wiley Email Asking Snell to Revert with Notes dated 01/28/2020 | Disputed | Disputed | H | |
| 15. | Hoage Email Admitting Investigation Discussion & Forwarded to Wiley dated 12/12/2019 | Disputed | Disputed | H | |
| 16. | Wiley Email Praising Snell Work dated 09/18/2019 | Stipulated | Stipulated | | X |
| 17. | Wiley Email Prohibiting Filling Vacant Position dated 10/28/2019 | Stipulated | Stipulated | | X |
| 18. | Snell Email Outlining Accomplishments to Wiley dated 10/17/2019 | Disputed | Disputed | H | |
| 19. | Bev Hernandez Email to Fitzgerald RE Poor Management dated 11/03/2019 | Stipulated | Stipulated | | X |
| 20. | WITHDRAWN | | | | |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| PLAINTIFF'S EXHIBITS | | | | | |
|---|---|---|---|---|---|
| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
| 21. | WITHDRAWN | | | | |
| 22. | Quayle Order Granting Injunctive Leave Against DSHS | Stipulated | Disputed | R | |
| 23. | Wright Fake Calendar Appointments | Disputed | Disputed | H | |
| 24. | Snell WMS Collection Manager Appointment Letter dated 08/20/2019 | Stipulated | Stipulated | | X |
| 25. | Revenue Agent 4 PDF dated 04/06/2017 | Stipulated | Stipulated | | X |
| 26. | WITHDRAWN | | | | |
| 27. | WAC 357-58-207 | Stipulated | Stipulated | | X |
| 28. | Wright Office Assistant 3 Probationary Appointment Letter dated 06/15/2018 | Stipulated | Stipulated | | X |
| 29. | Wright OA3 Job Application dated 05/25/2018 | Stipulated | Stipulated | | X |
| 30. | Wright DJA Confirmation dated 03/11/2019 | Stipulated | Stipulated | | X |
| 31. | Wright MA4 Promotion Letter dated 07/12/2019 | Stipulated | Stipulated | | X |
| 32. | Wright MA4 Job Application dated 06/23/2019 | Stipulated | Stipulated | | X |
| 33. | Wright Resume | Stipulated | Stipulated | | X |
| 34. | WITHDRAWN | | | | |
| 35. | Wright Interview RE: Hoage Investigation dated 07/09/2019 | Stipulated | Disputed | R | |
| 36. | Cat's Out of the Bag Email dated 03/01/2019 | Disputed | Disputed | H | |
| 37. | Wright Statement RE Snell dated 10/25/2019 | Stipulated | Stipulated | | X |
| 38. | Wright Email RE DEI Summit & Support Wiley dated January 2020. | Stipulated | Stipulated | | X |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

| PLAINTIFF'S EXHIBITS | | | | | |
|---|---|---|---|---|---|
| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
| 39. | Wiley Email to HR RE: Snell Reversion dated 10/28/2019 | Stipulated | Stipulated | | X |
| 40. | Org Chart dated 02/19/2019 | Stipulated | Stipulated | | X |
| 41. | Snell Collection Manager Application dated 07/17/ 2019 | Stipulated | Stipulated | | X |
| 42. | Hoage Reference RE: Collection Manager Application dated 08/09/2019 | Stipulated | Stipulated | | X |
| 43. | Snell Interview RE: Hoage Investigation dated 07/09/2019 | Stipulated | Stipulated | | X |
| 44. | Snell Request to Fill and Hire Approval Form dated 08/09/2019 | Stipulated | Stipulated | | X |
| 45. | Wiley Email RE: Snell Salary dated 08/09/2019 | Stipulated | Stipulated | | X |
| 46. | Position Description Form MA4 dated 05/30/2019 | Stipulated | Stipulated | | X |
| 47. | Wiley Email RE: Granting Others Access to Sign in as Wiley dated 10/21/2019 | Stipulated | Stipulated | | X |
| 48. | Unredacted Hoage Petition Investigation Report dated 10/02/2019 | Stipulated | Disputed | R | |
| 49. | Snell Notice to Discipline & Demotion dated 07/23/2021 | Stipulated | Stipulated | | X |
| 50. | Snell Performance Evaluation 2016/2017 | Stipulated | Stipulated | | X |
| 51. | Snell Performance Evaluation 2017/2018 | Stipulated | Stipulated | | X |
| 52. | Snell Performance Evaluation 2018/2019 | Stipulated | Stipulated | | X |
| 53. | Snell Performance Evaluation 2019/2020 | Stipulated | Stipulated | | X |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| | | | PLAINTIFF'S EXHIBITS | | |
|---|---|---|---|---|---|
| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
| 54. | AGO's Confirmation Letter of Amended Tort Claim, attached Amended Claim dated 08/20/2021 | Stipulated | Disputed | R | |
| 55. | Anonymous Punching Bag Complaint to HR dated 10/23/2018 | Stipulated | Disputed | R | |
| 56. | Brown Email to HR RE: Her Initial Complaint dated 10/2018 | Stipulated | Disputed | R | |
| 57. | Ellis Email RE List of Employees Bullied by Hoage dated 01/25/2019 | Stipulated | Disputed | R | |
| 58. | Snell Interview RE: Hoage Investigation dated 03/22/2019 | Stipulated | Disputed | R | |
| 59. | Hoage Investigation Report dated 04/25/2019 | Stipulated | Disputed | R | |
| 60. | Hoage Written Reprimand dated 06/10/2019 | Stipulated | Stipulated | | X |
| 61. | Employee Petition, Email & Letter to Strange RE Hoage Abuse dated 06/12/2019 | Stipulated | Disputed | R | |
| 62. | Karen Rodney Interview RE Hoage Investigation dated 06/25/2019 | Stipulated | Disputed | R | |
| 63. | McIntyre Email RE: Hoage Contact During Investigation dated 07/12/2019 | Stipulated | Disputed | R | |
| 64. | Wiley Email to OFR Stopping Processes dated 02/08/2019 | Disputed | Disputed | H, R | |
| 65. | Wiley Email RE: Initial OA Supervisor Plan Range 38 with notes dated 02/25/2019 | Disputed | Disputed | H | |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| | | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF'S EXHIBITS** | | | | | |
| **EX. #** | **DESCRIPTON** | **AUTHENTICITY** | **ADMISSIBILITY** | **OBJECTION** | **ADMITTED** |
| 66. | Wiley Email Schedule Changes to Staff dated 12/15/2019 | Stipulated | Stipulated | | **X** |
| 67. | Snell Email to Union Rep RE Derrick Contact with Wiley dated 09/25/2020 | Stipulated | Stipulated | | **X** |
| 68. | Boyd Discrimination, Inappropriate Conduct, & Ethics Violation Complaint to HR 10/18/2019 | Stipulated | Disputed | R | |
| 69. | Snell NY Travel Authorization | Stipulated | Stipulated | | **X** |
| 70. | FICO Demo Emails dated 08/17/2019 | Disputed | Disputed | H | |
| 71. | Boyd Email to Wiley RE: Confusion dated 08/25/2019 | Stipulated | Disputed | R | |
| 72. | Boyd Alternative Assignment Letter 05/31/2019 | Stipulated | Disputed | R | |
| 73. | Wiley Email to Staff RE: Boyd Card Deactivated dated 05/31/2019 | Stipulated | Disputed | R | |
| 74. | Wiley Email Stating Snell is Proven Leader dated 05.31.2019 | Stipulated | Disputed | R | |
| 75. | McConnell Email to Wiley RE Boyd Concerns dated 10/17/2019 | Stipulated | Disputed | R | |
| 76. | McConnell Email to Wiley RE: "One More Incident" dated 10/28/2019 | Stipulated | Stipulated | | **X** |
| 77. | Tegan Email to Wiley Per Request RE: Boyd Concerns dated 10/18/2019 | Stipulated | Stipulated | | **X** |

Page 30

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| | PLAINTIFF'S EXHIBITS | | | | |
|---|---|---|---|---|---|
| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
| 78. | Wiley Email to HR RE: Boyd Concerns dated 10/18/2019 | Stipulated | Disputed | R | |
| 79. | Wiley Cancelled Biweekly Snell Meeting dated 07/03/2019 | Stipulated | Stipulated | | X |
| 80. | Snider Managerial Appointment Letter dated 12/23/2019 | Stipulated | Stipulated | | X |
| 81. | Snell Email to Fitzgerald Requesting Meeting & Fitzgerald Forwards to Wiley dated Oct. 2019 | Stipulated | Stipulated | | X |
| 82. | Wiley Email Requesting Wright Statement with Attached Statement dated 10/28/2019 | Stipulated | Stipulated | | X |
| 83. | Wiley Email to HR, Requesting to Revert Snell's Trial Service dated 10/28/2019 | Stipulated | Stipulated | | X |
| 84. | Wiley Email Reporting Ethics Violation Against Snell dated 10/29/2019 | Stipulated | Stipulated | | X |
| 85. | Snider Email to Wiley RE: Snell Conversation to Revert Snell dated 10.30.2019 | Stipulated | Stipulated | | X |
| 86. | Fitzgerald No Response & Strange Included in Snell Email dated 02/25/2020 | Stipulated | Stipulated | | X |
| 87. | Financial Recovery Collection Manager PDF Outlining Job Duties | Stipulated | Stipulated | | X |
| 88. | Wiley Email to Snell Removing Snell from Interview Panel for Rumors dated 01/28/2019 | Stipulated | Stipulated | | X |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| | | | | | | | |
|---|---|---|---|---|---|
| **PLAINTIFF'S EXHIBITS** | | | | | |
| **EX. #** | **DESCRIPTON** | **AUTHENTICITY** | **ADMISSIBILITY** | **OBJECTION** | **ADMITTED** |
| **89.** | Wiley "heads up" Email to Fitzgerald RE and Allegation Snell Shared Interview Questions dated 10/29/2019 | Stipulated | Stipulated | | **X** |
| **90.** | HR Email RE Request to Revert Snell & Fitzgerald Granting Wiley Permission to Revert dated 01/30/2020 | Stipulated | Stipulated | | **X** |
| **91.** | Pannkuk Email to OFR dated 02/05/2020 | Disputed | Disputed | H | |
| **92.** | Roberts Forwards Snell Email to HR dated 02/02/2020 | Stipulated | Stipulated | | **X** |
| **93.** | Fitzgerald & Roberts Meeting Recap with attached draft letter dated 02/05/2020 | Stipulated | Stipulated | | **X** |
| **94.** | Wiley Email to HR Happy to Reprimand Snell dated 03/05/2020 | Stipulated | Stipulated | | **X** |
| **95.** | Review of Potential Breach of HIPPA Protected Information included Communication with Wiley RE Tort Claim dated 08/07/2020 | Disputed | Disputed | H | |
| **96.** | Wiley Interference of Snell Investigation dated 09/29/2020 | Stipulated | Stipulated | | **X** |
| **97.** | Case Management dated 07/29/2020 RE Snell allegations of misconduct (sharing interview questions, borrowing money from staff; and living with employees when she had nowhere to live) | Stipulated | Stipulated | | **X** |
| **98.** | Edible Email Chain | Stipulated | Stipulated **MIL** | | **X** |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| | **PLAINTIFF'S EXHIBITS** | | | | |
| 99. | Snell Investigation Executive Summary RE: Allegations of Inappropriate Workplace Behavior, dated 08/28/2020 | Stipulated | Stipulated | | X |
| 100. | WSP Investigation Report, Statements, Administrative Documents, & Addenda dated RE: Snell dated 11.30.2020 | Stipulated | Stipulated | | X |
| 101. | Wiley Email Suspending Snell's Supervisory Duties dated 09/23/2020 | Stipulated | Stipulated | | X |
| 102. | HR Email Telling Management Not to Discuss Snell Investigation via Email dated 04/06/2021 | Stipulated | Stipulated | | X |
| 103. | Notice of Intent Letter to Take Disciplinary Action Against Snell dated 04/09/2021 | Stipulated | Stipulated | | X |
| 104. | Ex. 103 Enclosure: (A) Investigation Report | Stipulated | Stipulated | | X |
| 105. | Ex. 103 Enclosure: (B) DSHS Administrative Policy 18.64 | Stipulated | Stipulated | | X |
| 106. | Ex. 103 Enclosure: (C) DSHS Administrative Policy 18.66 | Stipulated | Stipulated | | X |
| 107. | Ex. 103 Enclosure: (D) DSHS Administrative Policy 5.01 | Stipulated | Stipulated | | X |
| 108. | Snell Pre-Disciplinary Meeting dated 07/23/2021 | Stipulated | Stipulated | | X |
| 109. | Wooster Email Confirming HIPPA Redaction dated 08/12/2020 | Stipulated | Stipulated | | X |

Page 33

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| | PLAINTIFF'S EXHIBITS | | | | |
|---|---|---|---|---|---|
| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
| 110. | Snell Pre-Disciplinary Meeting Transcript Notes | Stipulated | Stipulated | | X |
| 111. | Email Notifying Wooster of HIPPA Information in Tort Claim Exhibit dated 08/11/2020 | Stipulated | Stipulated | | X |
| 112. | HIPPA 2018 Breach | Stipulated | Stipulated | | X |
| 113. | 2-day Suspension without Pay RE: HIPPA Breach 75 Combined Times dated 05/13/2021 | Stipulated | Disputed | R | |
| 114. | 5-day Suspension without Pay RE: HIPPA Breach Intentionally Misrepresented Herself to Access PHI dated 02/04/2021 | Stipulated | Disputed | R | |
| 115. | Absher Email and Letters to Secretary Strange RE Retaliation and Discrimination From Wiley dated 10/21/2020 | Stipulated | Disputed | R | |
| 116. | WITHDRAWN | | | | |
| 117. | Fitzgerald Resignation Letter dated 07/07/2022 | Stipulated | Disputed | R | |
| 118. | Wiley Emails Praising Snell's Work | Disputed | Disputed | H | |
| 119. | NY FICO Reimbursement Request Report | Stipulated | Stipulated | | X |
| 120. | Snell Signatures | Stipulated | Stipulated | | X |
| 121. | PDF Signature Page | Stipulated | Stipulated | | X |
| 122. | WITHDRAWN | | | | |
| 123. | Wiley Email Asking Snell to Revert 01.28.2020 | Stipulated | Stipulated | | X |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| PLAINTIFF'S EXHIBITS | | | | | |
|---|---|---|---|---|---|
| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
| 124. | Letter to Petitioners RE Hoage Investigation Closure & No Retaliation dated 10/02/2019 | Stipulated | Stipulated | | X |
| 125. | Hoage Notice RE: No Discipline dated 10/31/2019 | Stipulated | Stipulated | | X |
| 126. | Ellis Statement RE: Hoage Cubicle Incident dated 12/20/2018 | Stipulated | Disputed | R | |
| 127. | Evans Statement RE: Hoage Cubicle Incident | Stipulated | Disputed | R | |
| 128. | Hoage Modified Alternative Assignment Letter dated 12/27/2018 | Stipulated | Disputed | R | |
| 129. | Wiley Email RE: Initial OA Supervisor Plan Range 38 with notes dated 02/25/2019 | Stipulated | Stipulated | | X |
| 130. | Hoage Amended Investigation Report dated 06/04/2019 | Stipulated | Disputed | R | |
| 131. | HR Investigator Email RE: Hoage Cubicle Incident dated 02/26/2019 | Stipulated | Stipulated | | X |
| 132. | Wiley Email to Boyd RE Snell Leads Project dated 04/19/2019 | Stipulated | Disputed | R | |
| 133. | Position Description Form MA4 dated 05/30/2019 with Supporting Documents | Stipulated | Stipulated | | X |
| 134. | Wright Email RE Interview Questions dated 06/05/2019 | Stipulated | Stipulated | | X |
| 135. | Wright MA4 Approval Email dated 06/06/2019 | Stipulated | Stipulated | | X |
| 136. | Case Management RE Hoage Misconduct | Stipulated | Disputed | R | |

Page 35

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| | PLAINTIFF'S EXHIBITS | | | | |
| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| **137.** | Hoage Notices of Investigation Letters dated July 2019 | Stipulated | Disputed | R | |
| **138.** | Internal Changes Email dated 07/30/2019 | Stipulated | Stipulated | | X |
| **139.** | Snell Filling Multiple Roles Email dated 08/28/2019 | Stipulated | Stipulated | | X |
| **140.** | Ex 140 Wright Emails MA4 PDF dated 10/01/2019 | Stipulated | Disputed | R | |
| **141.** | Wiley Email RE : MA4 Signature Page dated 10/03/2019 | Stipulated | Stipulated | | X |
| **142.** | Wiley Confidentiality Email to Staff dated 10/17/2019 | Stipulated | Stipulated | | X |
| **143.** | Wiley Email RE Granting Access to System to Sign 10/22/2019 | Stipulated | Stipulated | | X |
| **144.** | Snell Email Chain Scheduling Fitzgerald Meeting RE: Concerns dated October 2019 | Stipulated | Stipulated | | X |
| **145.** | Continued Snell Email Chain Scheduling Fitzgerald Meeting RE: Concerns dated 10/31/2019 | Stipulated | Stipulated | | X |
| **146.** | Snider Email to Wiley RE: Snell Allegations including Otis retirement dated 01/22/2020 | Stipulated | Stipulated | | X |
| **147.** | Wiley Notice Given Email dated 01/31/2020 | Stipulated | Stipulated | | X |
| **148.** | Hendrix Email to Wiley RE: concerns of information & changes to processes dated 10/31/2019 | Stipulated | Stipulated | | X |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| | PLAINTIFF'S EXHIBITS | | | | |
| 149. | Wiley Standup Email dated 11/22/2019 | Stipulated | Stipulated | | X |
| 150. | Wiley Forwards Snell Decision Not to Revert to HR dated 01/28/2020 | Stipulated | Stipulated | | X |
| 151. | HR Reversion Email Chain dated 01/30/2020 | Stipulated | Stipulated | | X |
| 152. | Wiley Email Notifying Staff of Snell Reversion dated 02/02/2020 | Stipulated | Stipulated | | X |
| 153. | Snell Reversion Letter dated 02.06.2020 | Stipulated | Stipulated | | X |
| 154. | Boyd Reversion Letter dated 05/01/2019 | Stipulated | Disputed | R | |
| 155. | Boyd Reassignment dated 04/20/2020 | Stipulated | Disputed | R | |
| 156. | Washington Managerial Appointment dated 05/08/2020 | Stipulated | Disputed | R | |
| 157. | Absher Email to Fitzgerald RE OFR situation & Wiley dated 06/16/2020 | Stipulated | Disputed | R | |
| 158. | Acknowledgement of Tort Claim dated 07/13/2020 | Stipulated | Stipulated | | X |
| 159. | Letter/Tort Claim to Risk Management | Stipulated | Stipulated | | X |
| 160. | PHI Disclosure Letters dated 09/10/2020 | Stipulated | Stipulated | | X |
| 161. | WSP Notice of Investigation dated 09/23/2020 | Stipulated | Stipulated | | X |
| 162. | Wooster Email Notice to DSHS WSP Investigation of Snell dated 09/24/2020 | Stipulated | Stipulated | | X |
| 163. | Wiley Interference & Accusation Against Employee RE: Snell Investigation dated 09/29/2020 | Disputed | Disputed | H | |

Page 37

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| PLAINTIFF'S EXHIBITS | | | | | |
|---|---|---|---|---|---|
| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
| 164. | Wiley Change of Supervisor Letter dated 08/23/2019 | Stipulated | Stipulated | | X |
| 165. | Wiley Managerial Appointment dated 09/24/2020 | Stipulated | Stipulated | | X |
| 166. | Snell's Reply to Disciplinary Allegations | Stipulated | Stipulated | | X |
| 167. | Email Chain Discussion to Fill Snell Positions | Stipulated | Stipulated | | X |
| 168. | Snell NOI Email Communication dated May 2021 | Stipulated | Stipulated | | X |
| 169. | Snell NOI Request for Update dated 06/22/2021 | Stipulated | Stipulated | | X |
| 170. | HR Email Chain RE: Pre-Meeting of Pre-Disciplinary Meeting dated 07/14/2021 | Stipulated | Stipulated | | X |
| 171. | Email Chain between HR & DSHS Admin discussing SEO 2 level RE: Snell dated 07/28/2021 | Stipulated | Stipulated | | X |
| 172. | Event: Questions about Snell Meeting dated 07/29/2021 | Stipulated | Stipulated | | X |
| 173. | Roberts Email to Snell RE Meeting Follow-Up dated 07/29/2021 | Stipulated | Stipulated | | X |
| 174. | Grievance Extension Request dated 08/17/2021 | Stipulated | Stipulated | | X |
| 175. | Snell Employment Timeline | Disputed | Disputed | H | |
| 176. | No Grievance Filed Email dated 12/06/2021 | Stipulated | Stipulated | | X |
| 177. | Snell Resignation Letter dated 11/18/2021 | Stipulated | Stipulated | | X |
| 178. | DSHS Administrative Policy 18.34 | Stipulated | Stipulated | | X |

Page 38

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| PLAINTIFF'S EXHIBITS | | | | | |
|---|---|---|---|---|---|
| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
| 179. | OFR Call Times Excel Report undated | Stipulated | Stipulated | | X |
| 180. | Snell Email RE Org Chart Removal with notation dated 10/27/2020 | Disputed | Disputed | H | |
| 181. | Email RE OFR Mgmt Changes dated 10/03/2019 | Disputed | Disputed | H | |
| 182. | Wright Email to Snell RE DJA dated 02/28/2019 | Stipulated | Stipulated | | X |
| 183. | Wiley Email RE Wright DJA Request dated 03/10/2019 | Disputed | Disputed | H | |
| 184. | Snell Removal from Phone Directory | Disputed | Disputed | H | |
| 185. | Estate Recovery Work Changes and Stats | Disputed | Disputed | H | |
| 186. | Estate Recovery Changes dated 09/29/2020 | Disputed | Disputed | H, R | |
| 187. | Desk Level Stats Wiley Email dated 2/04/2020 | Disputed | Disputed | H | |
| 188. | Estate Recovery Union Involvement dated 08/20/2020 | Stipulated | Disputed | R | |
| 189. | Org Chart dated October 2020 | Stipulated | Stipulated | | X |
| 190. | DSHS FFAA Org Chart dated 12/24/2019 | Stipulated | Stipulated | | X |
| 191. | Wooster Letter to AG RE: Notice to Amend Complaint for Further Retaliation dated 08/04/2021 | Stipulated | Stipulated | | X |
| 192. | Email Chain RE Wiley Interference of Snell Investigation dated 09/30/2020 | Disputed | Disputed | H | |

Page 39

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

1

| PLAINTIFF'S EXHIBITS | | | | | |
|---|---|---|---|---|---|
| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
| 193. | Interview Discrepancies from Union Rep dated 05/07/2022 | Disputed | Disputed | H | |
| 194. | Ex 194 Snell Email to Aylward RE: Staff dated 01/02/2019 | Disputed | Disputed | H | |
| 195. | Strange Email RE Harassment dated 09/24/2019 | Stipulated | Stipulated | | X |
| 196. | Hoage Return Email Chain dated 06/12/2019 | Stipulated | Disputed | R | |
| 197. | Hoage Email RE Inappropriate Meeting Conduct | Stipulated | Disputed | R | |
| 198. | OFR Changes Email Chain dated June 2019 | Disputed | Disputed | H | |
| 199. | Wiley Headset Ban dated 02/21/2019 | Disputed | Disputed | H | |
| 200. | Wiley Meeting Cancellation dated 03/13/2019 | Disputed | Disputed | H | |
| 201. | Snell Email RE AG Concerns 07/30/2019 | Disputed | Disputed | H | |
| 202. | Wiley Meeting Cancellations Notices | Disputed | Disputed | H | |
| 203. | Wiley Schedule Email Chain dated 02/20/2019 | Disputed | Disputed | H | |
| 204. | Wiley Email RE: Absher Layoff dated 09/03/2019 | Disputed | Disputed | H | |
| 205. | Email Chain RE: Boyd without Phone dated 06/01/2019 | Stipulated | Disputed | R | |
| 206. | DSHS Administrative Policy 18.40 | Disputed | Disputed | H | |
| 207. | Snell Interagency Referral Report | Stipulated | Stipulated | | X |
| 208. | WITHDRAWN | | | | |
| 209. | Wiley Email Aware of Tort Claim dated 08/19/2020 | Stipulated | Stipulated | | X |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| | **PLAINTIFF'S EXHIBITS** | | | | |
| 210. | Snell Case Management RE Breach dated 02/23/2021 | Stipulated | Stipulated | | X |
| 211. | Breach Number QR4PRY3HTP | Stipulated | Stipulated | | X |
| 212. | Breach Number NFSPBNJCKN | Stipulated | Stipulated | | X |
| 213. | Breach Number R6CBCTPSLT | Stipulated | Stipulated | | X |
| 214. | Breach Number 425L8VD3RB | Stipulated | Stipulated | | X |
| 215. | Breach Number KK9XYFSP2G | Stipulated | Stipulated | | X |
| 216. | Breach Number DLW8ZFDQ97 | Stipulated | Stipulated | | X |
| 217. | Breach Number YRPHW8N6GW | Stipulated | Stipulated | | X |
| 218. | Breach Number NNKJP2DHB8 | Stipulated | Stipulated | | X |
| 219. | Breach Number BHHC85XC8M | Stipulated | Stipulated | | X |
| 220. | Breach Number P3SJFLTVFT | Stipulated | Stipulated | | X |
| 221. | WITHDRAWN | | | | |
| 222. | Snell Request to Fill and Hire Approval Form received 08/15/2019 | Stipulated | Stipulated | | X |
| 223. | Snell Revenue Agent 4 Promotion Letter dated 07/11/2017 | Stipulated | Stipulated | | X |
| 224. | Snell Revenue Agent 2 Appointment Letter dated 05/03/2016 | Stipulated | Stipulated | | X |
| 225. | WITHDRAWN | | Stipulated | | |
| 226. | DOC Snell Pay Stub dated 12/23/2021 | Stipulated | Stipulated | | X |
| 227. | DOC Snell Pay Stub 3% Increase dated July 2022 | Stipulated | Stipulated | | X |
| 228. | DOC Snell Pay Stub 5% Increase dated October 2022 | Stipulated | Stipulated | | X |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| **PLAINTIFF'S EXHIBITS** | | | | | |
| **229.** | Enforcement Officer 2 Current Salary Range | Stipulated | Stipulated | | **X** |
| **230.** | Revenue Agent 4 Current Salary Range | Stipulated | Stipulated | | **X** |
| **231.** | Enforcement Officer 2 Historical Salary Range | Disputed | Disputed | H | |
| **232.** | Revenue Agent 4 Historical Salary Range | Disputed | Disputed | H | |
| **233.** | Commerce Specialist 3 Historical Salary Range | Disputed | Disputed | H | |
| **234.** | Commerce Specialist 3 Current Salary Range | Stipulated | Stipulated | | **X** |
| **235.** | Office Assistant 3 Current Salary Range | Stipulated | Stipulated | | **X** |
| **236.** | Snell Payroll Journal | Stipulated | Stipulated | | **X** |
| **237.** | Management Analyst 4 Current Salary Range | Stipulated | Stipulated | | **X** |
| **238.** | PERS Plan 2 - Department of Retirement Systems | Stipulated | Stipulated | | **X** |
| **239.** | Snell Final Collection Manager Pay Stub dated 01/24/2020 | Stipulated | Stipulated | | **X** |
| **240.** | Snell Post Reversion First Revenue Agent 4 Pay Stub dated 02/25/2020 | Stipulated | Stipulated | | **X** |
| **241.** | Snell Final Revenue Agent 4 Pay Stub dated 08/10/2021 | Stipulated | Stipulated | | **X** |
| **242.** | Snell First Enforcement Officer 2 Pay Stub dated 08/25/2021 | Stipulated | Stipulated | | **X** |
| **243.** | Snell Enforcement Officer 2 Pay Stub dated 09/10/2021 | Stipulated | Stipulated | | **X** |
| **244.** | Snell Enforcement Officer 2 Final Pay Stub dated 11/21/2021 | Stipulated | Stipulated | | **X** |
| **245.** | DOC Snell Second Pay Stub dated 01/10/2022 | Stipulated | Stipulated | | **X** |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| PLAINTIFF'S EXHIBITS | | | | | |
|---|---|---|---|---|---|
| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
| 246. | Snell Revenue Agent 4 Pay Stub Increase dated 07/26/2021 | Stipulated | Stipulated | | X |
| 247. | Wiley Current Salary | Stipulated | Stipulated | | X |
| 248. | 2020 WMS Schedule, Effective 07/01/2020 | Stipulated | Stipulated | | X |
| 249. | Legislative Approved General Wage Adjustments revised 08/08/2022 | Stipulated | Stipulated | | X |
| 250. | Exempt Management Salary (EMS) Structure 2022 | Stipulated | Stipulated | | X |
| 251. | 2022 WMS Schedule, Effective 07/01/2022 | Stipulated | Stipulated | | X |
| 252. | General Service Salary Schedule Effective 07/02/2022 | Stipulated | Stipulated | | X |
| 253. | WMS Handbook | Stipulated | Stipulated | | X |
| 254. | Absher Allocation Review dated 10/19/2022 | Stipulated | Disputed | R | |
| 255. | WMS Collection Manager Salary Range dated July 2019 | Stipulated | Stipulated | | X |
| 256. | General Service Salary Schedule Effective 07/02/2020 | Stipulated | Stipulated | | X |
| 257. | Snell W2s dated 2018 - 2022 | Stipulated | Stipulated | | X |
| 258. | OFR Floor Plan | Disputed | Disputed | R | |

## DEFENDANTS' EXHIBITS

The Defendant lists the following as exhibits, except those to be used for impeachment only, that it intends to offer at the time of trial:

| EX. # | DESCRIPTON | AUTHENTICITY | ADMISSIBILITY | OBJECTION | ADMITTED |
|---|---|---|---|---|---|
| 500. | Kim Snell Communication Log, Bates No. 1060015-01060022 | Stipulated | Disputed | MIL; H | |

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| | | | | | |
|---|---|---|---|---|---|
| 501. | 10/3/2019 Email and Attachment from Patty Nutt to Una Wiley re: PDF with Snell Signature Block, Bates No. WA00001890-1892 | Stipulated | Stipulated | | |
| 502 | 8/20/2019 Kim Snell Appointment Letter, Bates No. WA00006971-6972 | Stipulated | Stipulated | | |
| 503 | 10/28/2019 Email and Attachment from Amber Wright to Una Wiley re: Kim Snell, Bates No. WA00004273-4274 | Stipulated | Disputed | H | |
| 504 | 11/1/2019 Email from Courtney McConnell to Una Wiley re: Kim Snell, Bates No. WA00001814 | Stipulated | Disputed | H | |
| 505 | 1/22/2020 Email from Colleen Snider to Una Wiley re: Kim Snell, Bates No. WA00000055 | Stipulated | Disputed | H | |
| 506 | 9/5/2019 Email from Una Wiley to Kimberly Haverlock re: Expectations on Kim Snell's Promotion, Bates No. WA0007093 | Stipulated | | | |
| 507 | 1/28/2020 Email from Judy Fitzgerald to Una Wiley re: Reverting Kim Snell, Bates No. WA00001821-1822 | Stipulated | | MIL; H | |
| 508 | 10/28/2019 Email from Una Wiley to Tiffany Womack-Valdes and Susan Sumner re: Kim Snell, Bates No. WA00005878 | Stipulated | | | |
| 509. | Fitzgerald Letter to Snell re: WMS Reversion dated 1/30/2020 | Stipulated | Stipulated | | **X** |

The Parties' Objection Code:

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

| H | Inadmissible Hearsay |
|---|---|
| MIL | Subject of Motion in Limine |
| R | Relevance |

## TESTIMONY BY DEPOSITION

One witness, Defendant Judy Fitzgerald, will testify by deposition as she will be out of the country at the time of trial, having made travel arrangements when the parties anticipated having the trial occur in April 2023.

(a) The portions of Ms. Fitzgerald's deposition transcript that may be offered by Plaintiff at trial are: Deposition of Judy Fitzgerald, dated November 2, 2022, pages 5-102

(b) The portions of Ms. Fitzgerald's deposition transcript that will be offered by Defendants at trial are: Deposition of Judy Fitzgerald, dated November 2, 2022, pages 5-102.

## ACTION BY THE COURT

**(a)** This case is scheduled for trial before a jury on Wednesday, May 31, 2023, at 9:00 a.m. in Courtroom 14106.

**(b)** Trial briefs shall be submitted to the court on or before May 23, 2023.

**(c)** Jury instructions requested by either party shall be submitted to the court on or before May 23, 2023. Suggested questions of either party to be asked of the jury by the court on voir dire shall be submitted to the court on or before May 23, 2023.

This order has been approved by the parties as evidenced by the signatures of their counsel. This order shall control the subsequent course of the action unless modified by a subsequent order.

//
//

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

1    This order shall not be amended except by order of the court pursuant to agreement of the parties

2    or to prevent manifest injustice.

3

4    DATED this 15th day of May, 2023.

5

6    

7    John H. Chun
     United States District Judge

8

9        FORM APPROVED

10

11       _____

12       Richard H. Wooster, WSBA #13752
         Devin Kathleen Epp, WSBA #60037
13       KRAM & WOOSTER, P.S.
         Attorneys for Plaintiff

14

15

16       _____

17       Michelle Hansen, WSBA #14051
         Scott Barbara, WSBA #20885
18       Office of the Attorney General
         Attorneys for Defendants

19

20

21

22

23

24

25

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

## DECLARATION OF SERVICE

I hereby certify that on May 15th, 2023, I electronically mailed the foregoing of such filing to all counsel of record:

Michelle Hansen & Scott Barbara
Office of the Attorney General
800 5th Avenue, Suite 2000
Seattle, WA 98104
Attorneys for Defendants
michelle.hansen@atg.wa.gov
scott.barbara@atg.wa.gov

DATED this 15th day of May, 2023 at Tacoma, Washington.


_/s/_ Devin Epp
_____

Devin Epp

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on this 9th day of May, 2023, I electronically mailed the foregoing

4  document to the following:

5  Plaintiff's Attorney:

6  Richard H. Wooster, WSBA #13752
   Devin Epp, WSBA #60037
7  Kram and Wooster, P.S.
   1901 South I Street
8  Tacoma, WA  98405-3810
   rich@kjwmlaw.com
9  devin@kjwmlaw.com

10

11        DATED this 9th Day of May, 2023.

12

13                        ___/s/ Michelle Hansen_____

14                        MICHELLE HANSEN, AAG

15

16

17

18

19

20

21

22

23

24

25

Page 48

PARTIES' JOINT PRETRIAL STATEMENT

Law Offices of
**Kram & Wooster, P.S.**
1901 South "I" Street
TACOMA, WASHINGTON 98405
(253) 572-4161 Tacoma
(253) 272-7929
(253) 572-4167 Facsimile