THE HONORABLE JOHN H. CHUN
Trial Date: May 31, 2023

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| KIM SNELL, | NO. C20-6028-JHC |
| Plaintiff, | JOINT NEUTRAL STATEMENT OF THE CASE |
| v. | |
| THE STATE OF WASHINGTON; DEPARTMENT OF SOCIAL AND HEALTH SERVICES, JUDITH A. FITZGERALD and UNA I. WILEY, | |
| Defendants. | |

Plaintiff and Defendants, by and through counsel, submit the following Joint Neutral Statement of the Case for the Court's consideration and instruction of the jury.

DATED this 23rd day of May, 2023.

| KRAM & WOOSTER, P.S. | ROBERT W. FERGUSON<br>Attorney General |
|---|---|
| *s/ Richard H. Wooster*<br>Richard H. Wooster, WSBA #13752<br>Devin Epp, WSBA #60037<br>1901 South "I" Street<br>Tacoma, WA 98405-3810<br>Tel.: (253) 572-4161<br>Email: rich@kjwmlaw.com<br>Email: devin@kjwmlaw.com<br>*Attorneys for Plaintiff* | *s/ Scott M. Barbara*<br>Michelle H. Hansen, WSBA # 14051<br>Scott M. Barbara, WSBA #20885<br>Assistant Attorneys General<br>800 Fifth Avenue, Suite 2000<br>Seattle, WA 98104<br>Tel.: (206) 389-2033<br>Email: michelle.hansen@atg.wa.gov<br>Email: scott.barbara@atg.wa.gov<br>*Attorneys for State Defendants* |

JOINT NEUTRAL STATEMENT
OF THE CASE
(C20-6028-JHC)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

# NEUTRAL STATEMENT OF THE CASE

This lawsuit involves allegations of whistleblower retaliation in violation of the Washington State Employee Whistleblower Protection Act and the Washington Law Against Discrimination.

Plaintiff Kim Snell worked for Defendant Washington Department of Social and Health Services (DSHS) from 2013 until November 2021. Ms. Snell alleges that, during her employment with DSHS, she made reports under both laws that qualified her as a whistleblower. She further alleges that DSHS and individual Defendants Judy Fitzgerald and Una Wiley retaliated against her in violation of those laws. Ms. Snell claims the Defendants actions caused her injuries and economic and non-economic damages.

The Defendants deny Ms. Snell's claims and contend that the employment actions they took regarding Ms. Snell were unrelated to her alleged whistleblower conduct, were supported by legitimate, non-retaliatory reasons, and that an improper motive was not a substantial factor in their decisions. The Defendants deny the nature and extent of Ms. Snell's claimed damages, and they allege that Ms. Snell failed to mitigate her damages.

Ms. Snell denies the Defendants' defenses.

JOINT NEUTRAL STATEMENT
OF THE CASE
(C20-6028-JHC)

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352

**CERTIFICATE OF SERVICE**

I hereby certify that on the date set forth below, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Plaintiff's Attorney:

> Richard H. Wooster, WSBA #13752
> Devin Epp, WSBA #60037
> Kram and Wooster, P.S.
> 1901 South I Street
> Tacoma, WA  98405-3810
> rich@kjwmlaw.com
> devin@kjwmlaw.com

DATED this 23rd day of May, 2023.

       s/ *Scott M. Barbara*
SCOTT M. BARBARA, WSBA No. 20885
Assistant Attorneys General
Attorney for State Defendants

JOINT NEUTRAL STATEMENT
OF THE CASE
(C20-6028-JHC)

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
(206) 464-7352