The Honorable John H. Chun

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

KIM SNELL,

        Plaintiff,

    v.

THE STATE OF WASHINGTON;
DEPARTMENT OF SOCIAL AND
HEALTH SERVICES, JUDITH A.
FITZGERALD and UNA I. WILEY,

        Defendants.

NO.  C20-6028-JHC

DEFENDANTS' MOTION FOR
PARTIAL JUDGMENT AS A
MATTER OF LAW

Pursuant to Fed. R. Civ. P. 50(a), following the presentation of the Plaintiff's case, Defendants request a partial judgment as a matter of law, specifically dismissal of Plaintiff's claims under the Washington State Employee Whistleblower Protection Act, R.C.W. ch. 42.40, in their entirety, with prejudice.

The Washington State Employee Whistleblower Protection Act (WPA) defines a "whistleblower" as, in pertinent part, "An employee who…reports alleged improper governmental action to the auditor or other public official, as defined in subsection (7)." R.C.W. 42.40.020(10)(a)(i). The "other public official" language was added to the statute in 2008 in order to expand who could receive whistleblower complaints beyond solely the State Auditor's

DEFENDANTS' MOTION FOR
PARTIAL JUDGMENT
AS A MATTER OF LAW
(C20-6028-JHC)

1

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Phone:  (206) 464-7744
Fax:  (360) 664-0228

1  Office. (Engrossed Substitute Senate Bill 6776, Chapter 266, Laws of 2008, § 2, effective Jun.

2  12, 2008). The WPA further defines "public official" as "the attorney general's designee or

3  designees; the director, or equivalent thereof in the agency where the employee works; an

4  appropriate number of individuals designated to receive whistleblower reports by the head of

5  each agency; or the executive ethics board." R.C.W. 42.40.020(7).

6       At all relevant times, it is undisputed that Plaintiff was employed by the Washington

7  Department of Social and Health Services. The director or equivalent of DSHS was the

8  Secretary, Cheryl Strange, and, at the time of Plaintiff's demotion, Acting Secretary Donald

9  Clintsman. The Defendants have found neither case law nor legislative history that sheds light

10  on the Legislature's use of the word "agency" in connection with the units of State government.

11       The Washington State Auditor's Office, however, on its website, indicates that it

12  "maintains a spreadsheet with the current whistleblower designees at Washington state

13  agencies."      (https://sao.wa.gov/report-a-concern/how-to-report-a-concern/whistleblower-

14  program/) A copy of the current version of the spreadsheet is appended hereto reflecting that

15  DSHS is an "agency," as the State Auditor's Office understands that word, and that the designees

16  are the DSHS Secretary and the DSHS Discovery and Ethics Administrator.

17       It is the Plaintiff's burden to establish, as an element of her WPA claim, that she is a

18  whistleblower. That includes proving that she reported improper governmental action to the

19  auditor or a public official. Ms. Snell did not make any reports to the State Auditor's Office, and

20  she has presented no evidence that DSHS has ever designated anyone other than the Secretary

21  as a public official under the statute. Further, Plaintiff's suggested reliance on a concession by

22  the Defendants is wholly misplaced.

23       In her Complaint, Plaintiff alleged that she was a whistleblower, (Dkt. #1 at 14, ¶ 2.40),

24  which the Defendants denied. (Dkt. #8 at 8, ¶2.40). Discovery in this case closed on January 30,

25  2023, (Dkt. #30), and Defendants moved for summary judgment on March 1, 2023. (Dkt. #38).

26

DEFENDANTS' MOTION FOR
PARTIAL JUDGMENT
AS A MATTER OF LAW
(C20-6028-JHC)

2

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Phone: (206) 464-7744
Fax: (360) 664-0228

Plaintiff did not make a dispositive motion of her own by the March 1, 2023, deadline, nor has she ever sought an affirmative ruling from the Court that she satisfied the legal requirement that she make her alleged whistleblower complaint to a "public official." Plaintiff cannot, at this late date, suggest that she detrimentally relied on a concession made solely in a reply on summary judgment to an issue that Plaintiff had not affirmatively sought a ruling. Further, Defendants did not agree as an "Admitted Fact" in the Agreed Pretrial Order that Assistant Secretary Fitzgerald was a "public official" for purposes of the WPA, and Defendants' Trial Brief expressly stated that neither Tiffany Womack-Valdes, the HR consultant to whom Plaintiff reported her concerns, nor Assistant Secretary Judy Fitzgerald were designated by DSHS as "public officials" for purposes of the WPA. (Dkt. #91 at 22-23).

Plaintiff has not factually supported a suggestion that DSHS designated then Assistant Secretary Fitzgerald as a "public official" for purposes of the WPA. Further, Plaintiff has failed to legally establish that an assistant secretary, like Ms. Fitzgerald, is a "public official" as a matter of law.

Turning then to the facts of what Plaintiff did report to Secretary Strange, the only report actually made to Secretary Strange is the petition complaining about Ms. Shawn Hoage. (Trial Exhibit 61). The allegations of that petition do not allege improper governmental action under the WPA, and the petition, therefore, cannot constitute a whistleblower complaint triggering protections under the WPA.

The only other potential complaint to Secretary Strange appears in Trial Exhibit 86. This exhibit is an email from February 4, 2020, which was after Plaintiff had already been reverted from the Collection Manager position to Revenue Agent 4. As such, nothing that occurred prior to February 4, 2020, could support a claim of retaliation under the WPA. Moreover, Plaintiff did not address the email to Secretary Strange; rather, she merely included Secretary Strange as a cc: recipient. There has been no evidence presented to the jury by Plaintiff to suggest Secretary

DEFENDANTS' MOTION FOR
PARTIAL JUDGMENT
AS A MATTER OF LAW
(C20-6028-JHC)

3

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Phone:  (206) 464-7744
Fax:  (360) 664-0228

1  Strange ever read the courtesy copy of Plaintiff's email. Defendants submit that merely copying

2  someone on an email does not constitute a "report[]…to the…public official" within the

3  definitions of the WPA.

4      When, as here, the Plaintiff fails to present facts and law to support a claim, the

5  Defendants are entitled to judgment as a matter of law in accordance with Fed. R. Civ. P. 50(a).

6  Defendants are timely bringing this motion as the Court has not yet submitted this case to the

7  jury. Fed. R. Civ. P. 50(a)(2). Because Plaintiff has failed to establish that reports she made to

8  anyone other than DSHS Secretary Strange were made to "other public officials" as defined by

9  the WPA, because the petition Plaintiff signed did not make reports of improper governmental

10  action within the WPA, and because Plaintiff did not make her February 4, 2020, report to

11  Secretary Strange and is without evidence that her courtesy copy to Secretary Strange was ever

12  actually seen by Secretary Strange, the Defendants request judgment as a matter of law and

13  dismissal of Plaintiff's WPA claims, in their entirety, with prejudice.

14      DATED this 7th day of June, 2023.

15                                    ROBERT W. FERGUSON
                                      Attorney General
16

17                                     s/ Scott M. Barbara
                                      SCOTT M. BARBARA, No. 20885
18                                    Assistant Attorney General
                                      800 Fifth Avenue, Suite 2000
19                                    Seattle, WA 98104
                                      Telephone: (206) 389-2033
20                                    Fax: (360) 664-0228
                                      E-mail: scott.barbara@atg.wa.gov
21                                    Attorneys for Defendants

22

23

24

25

26

DEFENDANTS' MOTION FOR
PARTIAL JUDGMENT
AS A MATTER OF LAW
(C20-6028-JHC)

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Phone:  (206) 464-7744
Fax:  (360) 664-0228

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of June, 2023, I caused to be electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Plaintiff's Attorney:

     Richard H. Wooster, WSBA #13752
     Devin Epp, WSBA #60037
     Kram and Wooster, P.S.
     1901 South I Street
     Tacoma, WA  98405-3810
     rich@kjwmlaw.com
     devin@kjwmlaw.com


     DATED this 7th day of June, 2023.

                              *s/ Scott M. Barbara*
                              SCOTT M. BARBARA, WSBA No. 20885
                              Assistant Attorney General
                              *Attorney for Defendants*

DEFENDANTS' MOTION FOR
PARTIAL JUDGMENT
AS A MATTER OF LAW
(C20-6028-JHC)

5

ATTORNEY GENERAL OF WASHINGTON
Torts Division
800 Fifth Avenue, Suite 2000
Seattle, WA 98104-3188
Phone:  (206) 464-7744
Fax:  (360) 664-0228

| Agency MCAG | Agency | Contact Name | Contact Position | Email | Phone |
|---|---|---|---|---|---|
| 013 | Joint Transportation Committee | Dave Catterson | Director | dave.catterson@leg.wa.gov | 360-786-5182 |
| 014 | Joint Legislative Audit & Review Committee | Eric Thomas | Legislative Auditor | eric.thomas@leg.wa.gov | 360-786-5182 |
| 014 | Joint Legislative Audit & Review Committee | Marilyn Richter | Administrative Services Coordinator | marilyn.richter@leg.wa.gov | 360-786-5188 |
| 035 | Office of the State Actuary | Matt Smith | State Actuary | matt.smith@leg.wa.gov | 360-786-6147 |
| 035 | Office of the State Actuary | Lisa Biscay | LSS HR Business Partner | lisa.biscay@leg.wa.gov | 360-786-7337 |
| 055 | Administrative Office of the Courts | Dawn Marie Rubio | Administrator | dawnmarie.rubio@courts.wa.gov | 360-357-2120 |
| 056 | Office of Public Defense | Tracy Sims | Office and HR Manager | tracy.sims@opd.wa.gov | 360-586-3164 Ext 128 |
| 057 | Office of Civil Legal Aid | Jim Bamberger | Director | jim.bamberger@ocla.wa.gov | 360-485-1530 |
| 075 | Office of the Governor | Jamila B. Thomas | Chief of Staff | jamila.thomas@gov.wa.gov | |
| 075 | Office of the Governor | Kelly A. Wicker | Deputy Chief of Staff | kelly.wicker@gov.wa.gov | 360-902-4112 |
| 075 | Office of the Governor | Kathryn Leathers | General Counsel | kathryn.leathers@gov.wa.gov | 360-902-4119 |
| 075 | Office of the Governor | Taylor (Tip) Wonhoff | Deputy Feneral Counsel (Primary POC) | taylor.wonhoff@gov.wa.gov | 360-902-4132 |
| 080 | Office of Lieutenant Governor | Denny Heck | Lieutenant Governor | ltgov@ltgov.wa.gov | 360-786-7700 |
| 080 | Office of Lieutenant Governor | Dallas Roberts | Chief of Staff | dallas.roberts@ltgov.wa.gov | 360-786-7746 |
| 082 | Public Disclosure Commission | Peter Fry Lavallee | Executive Officer | peter.lavallee@pdc.wa.gov | 360-753-1111 |
| 082 | Public Disclosure Commission | Jana Greer | Administrative Officer | jana.greer@pdc.wa.gov | 360-753-1985 |
| 083 | Washington State Leadership Board | Waiting until end of February | When they have their first budg mtg. | | |
| 085 | Office of the Secretary of State | Heather Friedlander-Cross | Human Resources Manager | heather.friedlander@sos.wa.gov | 360-819-6650 |
| 085 | Office of the Secretary of State | Craig Bill | Director of Operations | craig.bill@sos.wa.gov | 360-704-5223 |
| 086 | Governor's Office of Indian Affairs | Craig Bill | Director | craig.bill@goia.wa.gov | 360-902-8826 |
| 086 | Governor's Office of Indian Affairs | Mystique Hurtado | Asst. Director of Administration and Communications | mystique.hurtado@goia.wa.gov | 360-902-8827 |
| 087 | Commission on Asian-Pacific American Affairs | Brenda O'Brien | Project Coordinator | brenda.obrien@capaa.wa.gov | 253-229-6826 |
| 090 | Office of the State Treasurer | Mike Pellicciotti | State Treasurer | mike.pellicciotti@tre.wa.gov | 360-902-9001 |
| 090 | Office of the State Treasurer | Rich Jones | HR Director | rich.jones@tre.wa.gov | 360-902-8934 |
| 099 | Commission on Salaries for Elected Officials | Teri Wright | Executive Director | teri.wright@salaries.wa.gov | 360-664-2744 |
| 100 | Office of the Attorney General | Shane Esquibel | Chief Deputy Attorney General | shane.esquibel@atg.wa.gov | 360-586-2518 |
| 102 | Department of Financial Institutions | Catherine Mele-Hetter | Deputy Director | catherine.mele@dfi.wa.gov | 360-902-0513 |
| 102 | Department of Financial Institutions | Gerri Davis | Director of Human Resources | gerri.davis@dfi.wa.gov | 360-902-8741 |
| 103 | Department of Commerce | Lisa Brown | Director | lisa.brown@commerce.wa.gov | 360-725-4021 |
| 103 | Department of Commerce | Gena Allen | Internal Control Officer | gena.allen@commerce.wa.gov | 360-480-5140 |
| 104 | Forecast Council | Steve Lerch | Executive Director | steve@efc.wa.gov | |
| 104 | Forecast Council | Maria Dallenback | Confidential Secretary | maria@efc.wa.gov | 360-534-1562 |
| 105 | Office of Financial Management | David Schumacher | Director | david.schumacher@ofm.wa.gov | 360-902-0530 |
| 105 | Office of Financial Management | Emily Beck | Deputy Director | emily.beck@ofm.wa.gov | 360-878-4940 |
| 107 | Health Care Authority | Sue Birch | Director | sue.birch@hca.wa.gov | 360-725-2104 |
| 107 | Health Care Authority | Lynda Karseboom | Manager, Office of Audit and Accountability | lynda.karseboom@hca.wa.gov | 360-725-1228 |
| 110 | Office of Administrative Hearings | Lorraine Lee | Director | lorraine.lee@oah.wa.gov | 360-407-2710 |
| 110 | Office of Administrative Hearings | Johnette Sullivan | Deputy Chief Administrative Law Judge | johnette.sullivan@oah.wa.gov | 509-867-7962 |
| 116 | State Lottery Commission | Marcus Glasper | Director | mglasper@walottery.com | 360-810-2881 |
| 116 | State Lottery Commission | Kristi Weeks | Director of Legal Services | kweeks@walottery.com | 360-810-2881 |
| 116 | State Lottery Commission | Debbie Robinson | Director of Human Resources and Support Services | drobinson@walottery.com | 360-791-3045 |
| 117 | Washington State Gambling Commission | Alex Sutterlund | Internal Auditor | asutterlund@wsgov.wa.gov | 360-742-2446 |
| 117 | Washington State Gambling Commission | Tina Griffin | Director | tina.griffin@wsgc.wa.gov | 360-486-3546 |
| 117 | Washington State Gambling Commission | Lisa Benavidez | HR Director | lisa.benavidez@wsgc.wa.gov | 360-486-3456 |
| 118 | Washington State Commission on Hispanic Affairs | Cynthia Tamayo | Operations and Special Projects Manager | cynthia.tamayo@cha.wa.gov | 360-742-4615 |
| 119 | Washington Commission on African-American Affairs | Edward O. Prince | Executive Director | ed.prince@caaa.wa.gov | 360-725-5663 |
| 120 | Human Rights Commission | Andreta Armstrong | Executive Director | andreta.armstrong@hum.wa.gov | 360-753-2558 |
| 124 | Department of Retirement Systems | Tracy Guerin | Director | tracy.guerin@drs.wa.gov | 360-664-7312 |
| 124 | Department of Retirement Systems | Chris Johansen | Human Resource Director | chris.johansen@drs.wa.gov | 360-664-7065 |
| 124 | Department of Retirement Systems | George Pickett | Risk Management Director | george.pickett@drs.wa.gov | 360-664-7950 |
| 124 | Department of Retirement Systems | Kelsey Kalkwarf | Internal Audit Manager | kelsey.kalkwarf@drs.wa.gov | 360-664-7169 |
| 126 | State Investment Board | Allyson Tucker | Executive Director | allyson.tucker@sib.wa.gov | 360-956-4710 |
| 126 | State Investment Board | Marie Steffen | Audit Director/Ethics Advisor | marie.steffen@sib.wa.gov | 360-742-0747 |
| 140 | Department of Revenue | Sarah Saavedra | Internal Audit Manager | sarahs@dor.wa.gov | 360-596-3632 |
| 142 | Tax Appeals Board | Ross Peterson | Director | | |
| 142 | Tax Appeals Board | Claire Hesselholt | Chair of the Board | claire.hesselholt@bta.wa.gov | |
| 148 | Washington State Housing Finance Commission | Steve Walker | Executive Director | steve.walker@wshfc.org | 206-287-4427 |
| 148 | Washington State Housing Finance Commission | Bob Peterson | Deputy Director | bob.peterson@wshfc.org | 206-287-4462 |
| 160 | Office of the Insurance Commissioner | Mike Kreidler | Commissioner | commissioner.kreidler@oic.wa.gov | 360-725-7100 |
| 160 | Office of the Insurance Commissioner | Michael Wood | Chief Deputy Commissioner | michael.wood@oic.wa.gov | 360-725-7106 |
| 160 | Office of the Insurance Commissioner | Katie Bennett | HR Director | katie.bennett@oic.wa.gov | 360-725-7013 |
| 163 | Consolidated Technology Services (WaTech) | Cathleen Overmiller | Hr Director | cathleen.overmiller@watech.wa.gov | 360-407-8201 |
| 165 | State Board of Accountancy | Mike Paquette | Executive Director | mike.paquette@acb.wa.gov | 360-664-9269 |
| 165 | State Board of Accountancy | Jennifer Sciba | Deputy Director | jennifer.sciba@acb.wa.gov | 360-586-0952 |
| 179 | Department of Enterprise Services | Kai Matthews | Director of Accounting Services | kai.matthews@des.wa.gov | 360-635-1634 |
| 185 | Horse Racing Commission | Amanda Benton | Deputy Director (Future Executive Director) | Amanda.benton@whrc.wa.gov | 360-4599-6462 |
| 185 | Horse Racing Commission | Robert Lopez | Chairman | robert.lopez@whrc.wa.gov | 253-224-5823 |
| 185 | Horse Racing Commission | Everett Macomber | DMV, Commission | | 509-385-3991 |
| 185 | Horse Racing Commission | Claude Ragle | DMV, Commission | | 509-330-6586 |
| 190 | Board of Industrial Insurance Appeals | Christy Sterling | HR Managers | christy.sterling@biia.wa.gov | |
| 190 | Board of Industrial Insurance Appeals | Brian Watkins | Chief Legal Officer | brian.watkins@biia.wa.gov | |
| 195 | Liquor and Cannabis Board | Rick Garza | Director | rick.garza@lcb.wa.gov | 360-664-1650 |
| 195 | Liquor and Cannabis Board | Toni Hood | Deputy Director | toni.hood@lcb.wa.gov | 360-664-1672 |
| 195 | Liquor and Cannabis Board | Anita Bingham | HR Director | anita.bingham@lcb.wa.gov | 360-664-1738 |
| 215 | Utilities and Transportation Commission | Amanda Maxwell | Executive Director and Secretary | amanda.maxwell@utc.wa.gov | 360-664-1110 |
| 215 | Utilities and Transportation Commission | Amy Andrews | Deputy Director and CFO | amy.andrews@utc.wa.gov | 360-664-1228 |
| 215 | Utilities and Transportation Commission | Karen Hill | HR Director | karen.hill@utc.wa.gov | 360-481-9794 |
| 225 | Washington State Patrol | Asst. Chief Shannon Bendiksen | Technical Services Bureau Assistant Chief | shannon.bendiksen@wsp.wa.gov | 360-596-4106 |
| 225 | Washington State Patrol | Captain Tyler Drake | Commander of the Office of Professional Standards | tyler.drake@wsp.wa.gov | 360-704-2333 |
| 225 | Washington State Patrol | Captain Jason Ashley | Commander of the Human Resources Division | jason.ashley@wsp.wa.gov | 360-704-2324 |
| 228 | Traffic Safety Commission | Shelly Baldwin | Director | sbaldwin@wtsc.wa.gov | 360-725-9899 |
| 228 | Traffic Safety Commission | Pam Pannkuk | Deputy Director | ppannkuk@wtsc.wa.gov | 360-725-9894 |
| 228 | Traffic Safety Commission | Geri Nelson | Administrative Services Director | gnelson@wtsc.wa.gov | 360-725-9898 |
| 229 | Office of Independent Investigations | Roger Rogoff | Director | roger.rogoff@oii.wa.gov | |
| 229 | Office of Independent Investigations | Jane Nesbitt | Chief of Staff | jane.nesbitt@oii.wa.gov | 360-628-4758 |
| 235 | Department of Labor and Industries | Joel Sacks | Director | jsac255@lni.wa.gov | 360-902-4203 |
| 235 | Department of Labor and Industries | Jennifer Myers | Director of Internal Audit | myej235@lni.wa.gov | 360-902-9117 |
| 235 | Department of Labor and Industries | Darcy Worms | Chief Human Resources Officer | worm235@lni.wa.gov | 360-902-5714 |
| 240 | Department of Licensing | Teresa Berntsen | Director | tberntsen@dol.wa.gov | 360-902-3603 |
| 240 | Department of Licensing | David Tuckett | Interal Audit Manager | david.tuckett@dol.wa.gov | 360-634-5132 |
| 245 | Military Department | James Baumgart | Intergovernmental Affairs and Policy Dir. | james.baumgart@mil.wa.gov | 253-512-7712 |
| 300 | Department of Social and Health Services | Jilma Meneses | Secretary | brenda.aguirreguerra@dshs.wa.gov | |
| 300 | Department of Social and Health Services | Andrew Colvin | Discovery and Ethics Administrator | colvina@dshs.wa.gov | 360-725-5801 |
| 303 | Department of Health | Dr. Umair Shah | Secretary | umair.shah@doh.wa.gov | 360-236-4030 |
| 303 | Department of Health | Jessica Todorovich | Chief of Staff | jessica.todorovich@doh.wa.gov | 360-236-4030 |
| 303 | Department of Health | Robin Bucknell | Chief of Risk | robin.bucknell@doh.wa.gov | 360-236-2906 |
| 305 | Department of Veterans Affairs | Lourdes (Alfie) E. Alvarado-Ramos | Director | Alfie@dva.wa.gov | 360-725-2155 |
| 305 | Department of Veterans Affairs | Terry Westhoff | CFO/Risk Manager | terry.westhoff@dva.wa.gov | 360-725-2171 |
| 310 | Department of Corrections | Cheryl Strange | Secretary | cheryl.strange@doc1.wa.gov | 360-725-8810 |
| 310 | Department of Corrections | Jeannie Miller | Assistant Secretary | jsmiller@doc1.wa.gov | 360-239-5070 |
| 310 | Department of Corrections | Michelle Walker | Audit Director/Ethics Advisor | mjwalker1@doc1.wa.gov | 360-725-8318 |
| 315 | Department of Services for the Blind | Joseph Kaspenski | Chief Financial Officer | joseph.kaspenski@dsb.wa.gov | 360-725-3847 |
| 340 | Student Achievement Council | Crystal Hall | Director of Operations and Administration | crystalh@wsac.wa.gov | 360-485-1203 |
| 362 | LEOFF Plan 2 Retirement Board | Steven Nelsen | Executive Director | steve.nelsen@leoff.wa.gov | 360-586-2323 |
| 350 | Office of Superintendent of Public Instruction | Chris Reykdal | Superintendent of Public Instruction | chris.reykdal@k12.wa.us | |
| 350 | Office of Superintendent of Public Instruction | Matt Schultz | Chief Legal & Civil Rights Officer | matt.schultz@k12.wa.us | |
| 351 | State School for the Blind | Scott McCallum | Superintendent | scott.mccallum@wssb.wa.gov | 360-947-3301 |

| 360 | University of Washington | Ana Mari Cauce | President | pres@uw.edu | 206-543-5010 |
|---|---|---|---|---|---|
| 360 | University of Washington | Mark Richards | Provost and Executive Vice President for Academic Affairs | rachehvo@uw.edu | 206-221-3962 |
| 360 | University of Washington | Kristin Esterberg, Ph.D. | Chancellor of the University Bothell | uwbchlr@uw.edu | 425-352-5220 |
| 360 | University of Washington | Sheila Edwards Lange | Chancellor of the UW Tacoma | uwtchlr@uw.edu | 253-692-4400 |
| 365 | Washington State University | Heather Lopez | Chief Audit Executive | hlopez@wsu.edu | 509-335-2001 |
| 370 | Eastern Washington University | Deborah Danner | Associate Vice President for Human Resources | ddanner@ewu.edu | 509-359-2381 |
| 375 | Central Washington University | A. James Wohlpart | President | jim.wohlpart@cwu.edu | 509-963-2111 |
| 375 | Central Washington University | Michelle DenBeste | Provost/Vice President for Academic & Student Life | michelle.denbeste@cwu.edu | 509-963-1400 |
| 375 | Central Washington University | Joel Klucking | Senior Vice President of Financial & Administration | joel.klucking@cwu.edu | 509-963-2956 |
| 375 | Central Washington University | Andrew Morse | Chief of Staff | andrew.morse@cwu.edu | 509-963-1425 |
| 375 | Central Washington University | Staci Sleigh-Layman | Assoc. Vice President of HR, CWU Ethics Advisor | staci.sleigh-layman@cwu.edu | 509-963-1256 |
| 375 | Central Washington University | Jesús Baldovinos | Internal Auditor (WB Liaison) | jesus.baldovinos@cwu.edu | 509-963-1191 |
| 375 | Central Washington University | Thomas Pederson | Director, Civil Rights Compliance and Title IX Coordinator & CWU Ethics Advisor | thomas.pederson@cwu.edu | 509-963-2031 |
| 376 | Evergreen State College | Laurel Uznanski | Associate Vice President for Human Resources | uznanskl@evergreen.edu | 360-867-5361 |
| 380 | Western Washington University | Brad Johnson | Provost & Executive Vice President for Academic Affairs | brad.johnson@wwu.edu | 360-650-3480 |
| 380 | Western Washington University | Melynda Huskey | Vice President for Enrollment and Student Services | melynda.huskey@wwu.edu | 360-650-3839 |
| 380 | Western Washington University | Joyce Lopes | Vice President for Business and Financial Affairs | joyce.lopes@wwu.edu | 360-650-3407 |
| 380 | Western Washington University | Amy Kozak | Executive Director, Audit & Consulting Services | amy.kozak@wwu.edu | 360-650-3435 |
| 380 | Western Washington University | Darin Rasmussen | Asst. Vice President for Risk, Ethics, Safety & Resilience | darin.rasmussen@wwu.edu | 360-650-4611 |
| 390 | Washington State Historical Society | Kathy Tarli | Human Resource Manager | kathy.tarli@wshs.wa.gov | 253-798-5901 |
| 395 | Eastern Washington State Historical Society | Wesley Jessup | Director | wesley.jessup@northwestmuseum.org | |
| 405 | Department of Transportation | Roger Miller | Secretary | millerr@wsdot.wa.gov | 360-705-7054 |
| 405 | Department of Transportation | Amy Scarton | Deputy Secretary | scartoa@wsdot.wa.gov | 360-705-7027 |
| 405 | Department of Transportation | Mike North | Assistant Secretary of Finance and Administrative | northm@wsdot.wa.gov | 360-705-7773 |
| 410 | Transportation Commission | Reema Griffith | Executive Director | griffir@wstc.wa.gov | 360-705-7070 |
| 461 | Department of Ecology | Laura Watson | Director | lawa461@ecy.wa.gov | 360-407-7001 |
| 461 | Department of Ecology | Sandi Stewart | HR Director | sstel41@ecy.wa.gov | 360-790-7822 |
| 461 | Department of Ecology | Heather Bartlett | Deputy Director | heba461@ecy.wa.gov | 360-407-7011 |
| 465 | State Parks and Recreation Commission | Diana Dupuis | Director | diana.dupuis@parks.wa.gov | 360-902-8501 |
| 465 | State Parks and Recreation Commission | Mark Brown | Commission Chair | mark.brown@parks.wa.gov | 360-902-8502 |
| 467 | Washington State Recreation and Conservation Office | Megan Duffy | Director | megan.duffy@rco.wa.gov | 360-902-3000 |
| 467 | Washington State Recreation and Conservation Office | Leslie Frank | Administrative Services Manager | leslie.frank@rco.wa.gov | 360-789-7889 |
| 471 | State Conservation Commission | Lori Gonzalez | | lgonzalez@scc.wa.gov | 360-791-0226 |
| 471 | State Conservation Commission | Sarah Groth | Director of Accounting and Budget | sgroth@scc.wa.gov | 360-970-3501 |
| 477 | Department of Fish and Wildlife | Kelly Susewind | Director | kelly.susewind@dfw.wa.gov | |
| 477 | Department of Fish and Wildlife | Mario Cruz | Chief Internal Auditor | mario.cruz@dfw.wa.gov | 360-902-2420 |
| 478 | Puget Sound Partnership | Laura Blackmore | Executive Director | laura.blackmore@psp.wa.gov | 360-628-7707 |
| 478 | Puget Sound Partnership | Denise Ross | HR Manager | denise.ross@psp.wa.gov | 360-819-0208 |
| 490 | Department of Natural Resources | Michael Lenker | Director of Human Resources | michael.lenker@dnr.wa.gov | 360-884-8403 |
| 490 | Department of Natural Resources | Manny Bosser | Labor Relations Manager | manny.bosser@dnr.wa.gov | |
| 495 | Department of Agriculture | Derek Sandison | Director | dsandison@agr.wa.gov | |
| 495 | Department of Agriculture | Lorne Mance | Human Resources | lmance@agr.wa.gov | 360-545-7713 |
| 495 | Department of Agriculture | Samuel Young | Human Resources | syoung@agr.wa.gov | 360-668-0118 |
| 495 | Department of Agriculture | Leslie Louviere | Human Resources | llouviere@agr.wa.gov | 360-628-4672 |
| 540 | Employment Security Department | Cami Feek | Commissioner | cami.feek@esd.wa.gov | 3338-2977 |
| 540 | Employment Security Department | Brydon Skeem | Enterprise Risk Manager | brydon.skeem@esd.wa.gov | 360-584-3283 |
| 540 | Employment Security Department | Jay Summers | External Audit Manager | joshua.summers@esd.wa.gov | 360-529-6718 |
| 605 | Everett Community College | Dr. Darrell Cain | President | dcain@everettcc.edu | 425-388-9573 |
| 605 | Everett Community College | Jason Smith | Vice President of Human Resources | jsmith@everettcc.edu | 425-388-9232 |
| 605 | Everett Community College | Shelby Burke | Vice President of Finance | ssburke@everettcc.edu | 425-388-9254 |
| 610 | Edmonds Community College | James Mulik | Vice President for Finance, Grants and Institutional Effectiveness | james.mulik@edmonds.edu | 425-640-1010 |
| 632 | Centralia College | Joy Anglesey | Vice President for Human Resources & Equity | joy.anglesey@centralia.edu | 360-623-8474 |
| 635 | Clark College | Karin Edwards | President | kedwards@clark.edu | |
| 635 | Clark College | Brad Avakian | Vice President of Human Resources & Compliance | bavakian@clark.edu | 360-992-2986 |
| 637 | Pierce College | Sylvia James | Vice President of Admin. Services | | |
| 637 | Pierce College | Holly Gorski | Vice President of Human Resources | hgorski@pierce.ctc.edu | |
| 648 | Grays Harbor College | Darin Jones | Human Resources | darin.jones@ghc.edu | 360-538-4234 |
| 649 | Green River Community College | Mark Brunke | Executive Director of Human Resources | mbrunke@greenriver.edu | 253-351-3350 |
| 652 | Highline College | Steve Sloniker | Interim Executive Director of Human Resources | ssloniker@highline.edu | 206-592-3304 |
| 657 | Lower Columbia College | Nolan Wheeler | Vice President of Administration | nwheeler@lcc.ctc.edu | 360-442-2201 |
| 662 | Olympic College | Marty Cavalluzzi | President | mcavalluzzi@olympic.edu | 360-475-7100 |
| 662 | Olympic College | Rick Sommer | Director of Labor & Compliance (WB Designee) | rsommer@olympic.edu | 360-475-7129 |
| 670 | Seattle Colleges | Jennifer Dixon | Vice Chancellor for Human Resources | jennifer.dixon@seattlecolleges.edu | 206-934-4101 |
| 672 | Shoreline Community College | Holly Woodmansee | Interim Vice President Business & Administration Serv. | www.shoreline.edu | 206-546-4672 |
| 675 | South Puget Sound Community College | Dr. Tim Stokes | President | tstokes@spscc.edu | |
| 676 | Community Colleges of Spokane | Christine Johnson | Chancellor | christine.johnson@ccs.spokane.edu | 509-434-5006 |
| 676 | Community Colleges of Spokane | Lisa Hjalseth | Chief Financial and Risk Manager | lisa.hjalseth@ccs.spokane.edu | |
| 676 | Community Colleges of Spokane | Maria Mikoff | Director of Internal Audit | maria.mikoff@ccs.spokane.edu | 509-434-5275 |
| 678 | Tacoma Community College | Dr. Irvine Harrell | President | iharrell@tacomacc.edu | 253-566-5100 |
| 678 | Tacoma Community College | Marissa Schlesinger | Provost | mschlesinger@tacomacc.edu | 253-566-5022 |
| 678 | Tacoma Community College | Patty McCray-Roberts | Vice President Administrative Services | pmccray-roberts@tacomacc.edu | 253-566-5050 |
| 683 | Walla Walla Community College | Chad Hickox | President | chad.hickox@wwcc.edu | 509-527-4274 |
| 683 | Walla Walla Community College | Brooke Marshall | Vice President of Student Services | brooke.marshall@wwcc.edu | 509-527-4382 |
| 686 | Wenatchee Valley College | Jim Richardson | President | jrichardson@wvc.edu | 509-682-6400 |
| 686 | Wenatchee Valley College | Reagan Bellamy | Executive Director of Human Resources | rbellamy@wvc.edu | 509-682-6445 |
| 691 | Yakima Valley College | Dr. Linda Kaminski | President | | |
| 691 | Yakima Valley College | Dr. Teresa Rich | Vice President for Administrative Services | thollandrich@yvcc.edu | 509-574-4667 |
| 694 | Bellingham Technical College | Dr. James Lemerond | President | jlemerond@btc.edu | 360-752-8333 |
| 694 | Bellingham Technical College | Chad Stiteler | Vice President of Administrative Services | cstiteler@btc.edu | 360-752-8333 |
| 694 | Bellingham Technical College | Heide Ypma | Interim Vice President of Instruction | hypma@btc.edu | 360-752-8323 |
| 694 | Bellingham Technical College | Michele Waltz | Vice President of Human Resources | mwaltz@btc.edu | 360-752-8440 |
| 694 | Bellingham Technical College | Tami Willett | Interim Executive Director of Human Resources | twillett@btc.edu | 360-752-8549 |
| 695 | Bates Technical College | Kamell Border | Executive Director of HR | | |
| 695 | Bates Technical College | Vlad Samoylenko | Associate Director of HR | | |
| 695 | Bates Technical College | Nick Lutes | Vice President of Administrative Services | | |
| 696 | Clover Park Technical College | Lisa Beach | Executive Director of Operations - Interim Vice President for Finance and Administration | lisa.beach@cptc.edu | 253-589-5603 |