**ORIGINAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM SNELL, | CASE NO. 3:20-cv-06028-JHC |
| Plaintiff, | SPECIAL VERDICT FORM |
| v. | |
| THE STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES, JUDITH A. FITZGERALD and UNA I. WILEY, | |
| Defendants. | |

We, the jury in the above captioned case, submit the following answers to the questions provided by the Court as to Kim Snell:

**WHISTLEBLOWER CLAIM**

**QUESTION NO. 1:** Has Plaintiff Kim Snell proved by a preponderance of the evidence that she is/was a Whistleblower under the State Employee Whistleblower Protection Law?

ANSWER: __X__ Yes _____ No

*If you answered "NO" to* Question No. 1, do not answer the remaining *Whistleblower Claim* questions. If you answered "YES" to Question No. 1, move to Question No. 2.

SPECIAL VERDICT FORM - 1

**QUESTION NO. 2:** Has Kim Snell proved by a preponderance of the evidence that DSHS and/or Judith Fitzgerald and/or Una Wiley subjected her to one or more reprisals or retaliatory actions?

ANSWER: __X__ Yes  _____ No

*If you answered "NO" to* Question No. 2, do not answer the remaining *Whistleblower Claim* questions. If you answered "YES" to Question No. 2, move to Question No. 3.

**QUESTION NO. 3:** Has Kim Snell proved by a preponderance of the evidence that her whistleblower activities were a substantial factor in the DSHS and/or Judith Fitzgerald's and/or Una Wiley's decision to subject her to one or more reprisals or retaliatory actions?

ANSWER: __X__ Yes  _____ No

*If you answered "NO" to* Question No. 3, do not answer the remaining *Whistleblower Claim* questions. If you answered "YES" to Question No. 3, move to Question No. 4.

**QUESTION NO. 4:** Has Kim Snell proved by a preponderance of the evidence that DSHS and/or Judith Fitzgerald's and/or Una Wiley's reprisal(s) and/or retaliatory action(s) proximately caused her to suffer damages?

ANSWER: __X__ Yes  _____ No

## WASHINGTON LAW AGAINST DISCRIMINATION (WLAD) CLAIM

**QUESTION NO. 5:** Has Kim Snell proved by a preponderance of the evidence that she was opposing discrimination or retaliation against herself or others or providing information or participating in a proceeding to determine whether discrimination or retaliation had occurred under the Washington Law Against Discrimination?

ANSWER: __X__ Yes _____ No

*If you answered "NO" to Question No. 5, do not answer the remaining Washington Law Against Discrimination (WLAD) Claim questions.* If you answered "YES" to Question No. 5, move to Question No. 6.

**QUESTION NO. 6:** Has Kim Snell proved by a preponderance of the evidence that a substantial factor in one or more of the Defendants' decisions to discipline, revert, or demote her was her opposition to discrimination or retaliation or providing information or participating in a proceeding to determine whether discrimination or retaliation occurred under the Washington Law Against Discrimination?

**ANSWER:**

| | | |
|---|---|---|
| **Defendant DSHS** | __X__ Yes | ____ No |
| **Defendant Fitzgerald** | __X__ Yes | ____ No |
| **Defendant Wiley** | __X__ Yes | ____ No |

*If you answered "NO" to Question No. 6 for all three Defendants, do not answer the remaining Washington Law Against Discrimination (WLAD) Claim questions.* If you answered "YES" to Question No. 6, move to Question No. 7.

**QUESTION NO. 7:** Has Ms. Snell proved by a preponderance of the evidence that one or more of the Defendants' actions proximately caused her to suffer damages under the Washington Law Against Discrimination?

**ANSWER:**

| | | |
|---|---|---|
| **Defendant DSHS** | __X__ Yes | ____ No |
| **Defendant Fitzgerald** | __X__ Yes | ____ No |

SPECIAL VERDICT FORM - 3

Defendant Wiley          __X__ Yes  _____ No

**DAMAGES**

**QUESTION NO. 8:** Did you answer "Yes" to Question No. 4 and/or Question No. 7?

ANSWER: __X__ Yes  _____ No

*If you answered "No"* to Question No. 8, skip the remaining questions, sign and date this Special Verdict Form, and notify the bailiff that you have reached a verdict. If you answered "Yes" to Question No. 8, proceed to Question No. 9.

**QUESTION NO. 9:** What do you find to be the amount of Kim Snell's damages?

ANSWER:

    A. Economic Loss:
        1. Back Pay:           $ 83,000.
        2. Front Pay:          $ 320,000.
        3. Lost Retirement:    $ 201,000.
    B. Non-economic damages:  $ 1,800,000.

**QUESTION NO. 10:** Have the Defendants proved by a preponderance of the evidence that Kim Snell failed to mitigate her damages?

ANSWER: _____ Yes  __X__ No

*If you answered "No"* to Question No. 10, skip the remaining question, sign and date this Special Verdict Form, and notify the bailiff that you have reached a verdict. If you answered "Yes" to Question No. 10, proceed to Question No. 11.

SPECIAL VERDICT FORM - 4

**QUESTION NO. 11:** What do you find to be the amount by which Ms. Snell's damages should be reduced because she failed to mitigate her damages?

**ANSWER:**

    A. Economic Loss:

        1. Back Pay: $_____

        2. Front Pay: $_____

        3. Lost Retirement: $_____

    B. Non-economic damages: $_____

*Once you have answered the questions as directed, please sign and date the verdict form and notify the bailiff.*

Dated this 9th day of June 2023.

Presiding Juror

SPECIAL VERDICT FORM - 5