## UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| KIM SNELL<br><br>　　　　　　　Plaintiff,<br>　　v.<br><br>THE STATE OF WASHINGTON DEPARTMENT OF SOCIAL AND HEALTH SERVICES, JUDITH A. FITZGERALD and UNA I. WILEY<br><br>　　　　　　　Defendants | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER 3:20-cv-06028-JHC |

☒　**Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐　**Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

Based on the jury's responses on the jury verdict form, Dkt. # 110, the Court enters judgment for Plaintiff Kim Snell and against Defendants Washington State Department of Social and Health Services, Judith Fitzgerald, and Una Wiley on Plaintiff's Washington State Employee Whistleblower Protection Act claim and Plaintiff's Washington Law Against Discrimination (WLAD) retaliation claim.  Plaintiff is awarded damages as follows:

1. Plaintiff is awarded damages in the amount of $83,000.00 for back pay;

2. Plaintiff is awarded damages in the amount of $320,000.00 for front pay;

3. Plaintiff is awarded damages in the amount of $201,000.00 for lost retirement;

4. Plaintiff is awarded damages in the amount of $1,800,000.00 for non-economic damages.

Dated June 9, 2023.

                                              Ravi Subramanian
                                              Clerk of Court

                                              */s/Ashleigh Drecktrah*
                                              Deputy Clerk